IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Jeffrey K. Bartels Del. ID # 2249
Kenneth William Richmond *pro hoc vice* Attorneys for
Plaintiffs 401 South Maryland Avenue
Wilmington, DE 19804
302-995-6211

| | |
|---|---|
| Estate of Louis W. Chance, Jr. by: Amanda Humphreys and Louis Chance, III, Personal Representatives 506 W. Summit Avenue Wilmington, Delaware 19804 <br>             Plaintiff <br><br>             v <br><br> First Correctional Medical, Inc. P. 0. Box 69370 Tucson, Arizona 85737-0015 <br>             Defendant <br>         and <br><br> Dr. Niranjana Shah, MD Criminal Justice Facility Gander Hill 1301 E. 12th. Street <br>         and <br><br> Dr. Jose A. Aramburo, Jr., MD Criminal Justice Facility Gander Hill 1301 E. 12th. Street Wilmington, Delaware 19802-5315 | Civil Action <br><br> No: 05-449 (SLR) |

MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission of Kenneth William Richmond to represent the Plaintiffs in this matter.