Signed: _____
Jeffrey K. Bartels, Esq.
Del. Bar. No. 2249
401 South Maryland Avenue
Wilmington, DE  19804
302-995-6211

ATTORNEY FOR PLAINTIFF

June 30, 2005