CERTIFICATION OF COUNSEL TO BE
ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____

Date: June 30, 2005


Kenneth William Richmond
Pa Bar. No: 24471
2019 Walnut Street
Philadelphia, Pennsylvania 19103
215-523-9200