IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Estate of Louis W. Chance, Jr.

Plaintiff

v

First Correctional Medical, Inc. et al.

Civil Action No.    0 5 -    4 4 9

ORDER GRANTING MOTION
PRO HAC VICE

IT IS HEREBY ORDERED,  that the attached motion for admission

pro hac vice is granted.

Date:_____        _____
                                United States District Judge