✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

ESTATE OF LOUIS CHANCE

V.

**SUMMONS IN A CIVIL CASE**

FIRST CORRECTIONAL MEDICAL-
DELAWARE, LLC, et al.

CASE NUMBER: 05-449(SLR)

TO: (Name and address of Defendant)

Dr. Niranjana Shah, MD
6 Cumberland Drive
Voorhees, NJ 08043-1652

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Bartels
401 South Maryland Ave
Wilmington, DE 19804

an answer to the complaint which is served on you with this summons, within _____Twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                     SEP 1 6 2005
CLERK                                               DATE

_Evette Walton_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Oct 1, 2005  11:10 AM |
| NAME OF SERVER (PRINT) E. William Hevenor | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. White/Indian MALE w/ Glasses
Name of person with whom the summons and complaint were left: Male in Pajamas confirmed that Dr Niranjana Shah lived at 6 Cumberland Dr. Voorhees

☐ Returned unexecuted: _____

☒ Other (specify): Indian Appearing Male refused to identify himself — given copy of Complaint with summons. Mail in mailbox confirmed Return Address at 6 Cumberland Drive as Address of Niranjana Shah.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/1/2005
                   Date

Signature of Server: E. William Hevenor

Address of Server: 2 Horseshoe Lane
Paoli, PA. 19301

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.