AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

ESTATE OF LOUIS CHANCE

V.

FIRST CORRECTIONAL MEDICAL-
DELAWARE, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  05-449(SLR)

TO: (Name and address of Defendant)

Dr. Jose A. Aramburo, Jr., MD
13427 Worthington Roadl
Philadelphia, PA 19116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Bartels
401 South Maryland Ave
Wilmington, DE 19804

an answer to the complaint which is served on you with this summons, within __Twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    SEP 1 6 2005

CLERK                              DATE

Evelle Watson
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  Oct 1, 2005 @ 12:17 PM |
| NAME OF SERVER (PRINT)  E. William Hevenor | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Served 5'4" woman about 25yrs of Age who identified herself as daughter of Dr. Jose Arambur̄o

☐ Returned unexecuted: _____

☒ Other (specify): Woman who identified herself a daughter + resident with sister and Dr Jose Arambur̄o was handed copy of the complaint with summons ATTACHED

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Oct 1, 2005         E. Will Hun
            Date                  Signature of Server

2 Horseshoe Lane
Paoli, PA 19301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.