# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS CHANCE | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | C.A. NO. 05-449-SLR |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| FIRST CORRECTIONAL MEDICAL-DELAWARE, | ) | |
| LLC, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Ophelia M. Waters on behalf of defendants Joyce Talley and Commissioner Stanley Taylor. This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the defendants. The defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us

Counsel for State Defendants

Dated: October 26, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2005, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kenneth W. Richmond, Esquire and Dana M. Spring, Esquire.  I hereby certify that on October 26, 2005, I have mailed by United States Postal Service, the document to the following non-registered participants: Jeffrey K. Bartels, Esquire and Daniel L. McKenty, Esquire

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us