UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**DEFENDANTS SHAH AND ARAMBURO'S
ANSWER TO COMPLAINT**

1. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2. Admitted upon information and belief.

3. Admitted only that First Correctional Medical was the contractor of prison health services at Webb and Gander Hill facilities.

4. Admitted.

5. Admitted that FCM had contracted with the Delaware Department of Corrections to provide medical care to inmates at Gander Hill facilities. Denied that FCM was solely responsible for the staffing, policies, procedures, protocol, staff qualifications, staff training, and self-education required to meet the medical needs of inmates.

6. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

7. Answering defendants are without knowledge or information sufficient to affirm

or deny the allegations in this paragraph.

8. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

9. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

10. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

11. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

12. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

13. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

14. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

15. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any

nature to the plaintiff.

16. Denied.

17. Denied.

18. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

19. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

20. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. [sic] No paragraph 30.

31. Denied.

32. Denied.

**FIRST AFFIRMATIVE DEFENSE**

33. The Complaint failed to state a claim against answering defendants upon which plaintiff may recover.

**SECOND AFFIRMATIVE DEFENSE**

34. The Complaint failed to state a claim against answering defendants upon which plaintiff may recover with respect to all civil rights claims as answering defendants were not deliberately indifferent to a serious medical condition.

**THIRD AFFIRMATIVE DEFENSE**

35. Answering defendants provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standards of care.

**FOURTH AFFIRMATIVE DEFENSE**

36. The Complaint failed to state a claim for punitive damages upon which plaintiff may recover.

**WHEREFORE** answering defendants demand that the action against them be dismissed and that they be awarded the costs of the defense of this action.

          **McCULLOUGH & McKENTY, P.A.**

          /s/ Dana M. Spring
          Daniel L. McKenty, Del. Bar No. 2689
          Dana M. Spring, Del. Bar No. 4605
          1225 N. King Street, Suite 1100
          P.O. Box 397
          Wilmington, DE 19899-0397
          (302) 655-6749
          Attorneys for Dr. Niranjana Shah and
          Dr. Jose Aramburo

December 1, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached ***Defendants Shah and Aramburo's Answer to Complaint*** was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Dr. Niranjana Shah and
Dr. Jose Aramburo

December 1, 2005