

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

December 8, 2005

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
U.S. District Court
844 N. King Street
Wilmington, DE 19801

  **Re: Chance v. FCM, et al.**
    <u>**C.A. No. 05-449-SLR**</u>

Dear Judge Robinson:

  Counsel for State Defendants Respectfully requests that the teleconference scheduled for January 13, 2006 be continued, because I am unavailable from January 5th through January 16th on a previously scheduled matter.

  I have contacted opposing counsel, and neither Mr. Richmond nor Mr. Bartels, local counsel, oppose my request for a continuance. Mr. Bartels has indicated the he is unavailable on the dates of January 23rd through January 27th. I have not received a reply from Ms. Spring.

  Should Your Honor require additional information, I am available at the convenience of the court.

                Respectfully,

                /s/ Ophelia M. Waters

                Ophelia M. Waters
                Deputy Attorney General

OMW/lc