UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**NOTICE OF RECORDS DEPOSITION**

TO:   Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire          Department of Corrections
Deputy Attorney General              Bureau Chief Joyce Talley
820 North French Street, 6th Floor   245 McKee Road
Wilmington, DE 19801                 Dover, DE 19904

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for the following provider relating to medical records of Louis W. Chance, Jr., DOB: 6/30/64, at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Thursday, January 5, 2006, beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition:**

St. Francis Hospital
7th and Clayton Streets
Wilmington, DE 19805

                                                                       **McCULLOUGH & McKENTY, P.A.**

                                                              /s/ Dana M. Spring
                                                              Daniel L. McKenty, Del. Bar No. 2689
                                                              Dana M. Spring, Del. Bar No. 4605
                                                              1225 N. King Street, Suite 1100
                                                              P.O. Box 397
                                                              Wilmington, DE 19899-0397
                                                              (302) 655-6749
                                                              Attorneys for Defendants Dr. Niranjana Shah and
                                                              Dr. Jose Aramburo

Dated: December 21, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA M. SPRING**, hereby certify that on the 21st day of December, 2005, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants Dr. Niranjana Shah and Dr. Jose Aramburo