AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

ESTATE OF LOUIS CHANCE

V.

**SUMMONS IN A CIVIL CASE**

FIRST CORRECTIONAL MEDICAL-
DELAWARE, LLC, et al.

CASE NUMBER:     05-449(SLR)

TO: (Name and address of Defendant)

Tammy Kastre, MD
First Correctional Medical-Delaware, LLC
6861 North Oracle Road
Tucson, AZ 95704

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey K. Bartels
401 S. Maryland Ave
Wilmington, DE 19804

an answer to the complaint which is served on you with this summons, within __Twenty__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          SEP 1 6 2005

CLERK          DATE

_Evette Watson_
(By) DEPUTY CLERK

⬧AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12-19-05 |
| NAME OF SERVER (PRINT) E. WILLIAM HEVERON | TITLE Attorney |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Corporation Service Company (Registered Agent) 2711 Centerville Road, Suite 400, Wilmington, DE 19808

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-19-05
Date

Signature of Server: E. William Heveron

Address of Server: 2015 Walnut Street, Philadelphia, PA 19103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.