# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE JR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>INC., DR. NIRANJANA SHAH, )<br>DR. JOSE A. ARAMBURO, JR., )<br>COMMISSIONER STANLEY TAYLOR, )<br>and JOYCE TALLEY, )<br>)<br>    Defendants. ) | C.A.No. 05-449-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 4, 2006 I served upon all persons listed below true and correct copies of *State Defendants Taylor and Talley's Rule 26(a)(1)*

*Initial Disclosures*:

| | |
|---|---|
| Jeffrey K. Bartels<br>Kenneth W. Richmond, Esquire<br>Jeffrey K. Bartels, Esq.<br>401 South Maryland Avenue<br>Wilmington, DE 19804 | Daniel L. McKenty, Esquire<br>Dana Michele Spring, Esquire<br>McCullough & McKenty, P.A.<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |

 

**STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us

Dated: January 4, 2006          Counsel for State Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2006, I electronically filed *Notice of Service of State Defendants Taylor and Talley's Rule 26(a)(1) Initial Disclosures* with the Clerk of Court using CM/ECF which will send notification of such filing to the following: Kenneth W. Richmond, Esquire and Dana M. Spring, Esquire. I hereby certify that on January 4, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants: Jeffrey K. Bartels, Esquire and Daniel L. McKenty, Esquire

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us