UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**DEFENDANTS FIRST CORRECTIONAL MEDICAL, SHAH AND ARAMBURO'S
ANSWER TO AMENDED COMPLAINT**

1. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

2. Admitted upon information and belief.

3. Admitted only that First Correctional Medical was the contractor of prison health services at Webb and Gander Hill facilities.

4. Admitted.

5. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

6. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

7. Admitted that FCM had contracted with the Delaware Department of Corrections to provide medical care to inmates at Gander Hill facilities. Denied that FCM was solely responsible for the staffing, policies, procedures, protocol, staff qualifications, staff training, and

self-education required to meet the medical needs of inmates.

8. Denied.

9. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

10. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

11. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

12. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

13. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

14. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

15. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

16. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

17. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

18. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

19. Denied.

20. Denied.

21. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

22. Wrongful conduct by answering defendants is denied and it is denied that any conduct by answering defendants proximately caused any injuries, illnesses, or damages of any nature to the plaintiff.

23. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Answering defendants are without knowledge or information sufficient to affirm or deny the allegations in this paragraph.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

## FIRST AFFIRMATIVE DEFENSE

36. The Complaint failed to state a claim against answering defendants upon which plaintiff may recover.

## SECOND AFFIRMATIVE DEFENSE

37. The Complaint failed to state a claim against defendants upon which plaintiff may recover with respect to all civil rights claims as defendants were not deliberately indifferent to a serious medical condition. The complaint fails to state a claim against defendant FCM upon which plaintiff may recover with respect to all claims for civil rights violations, including all claims under 42 U.S.C. §1983 and the 8th Amendment of the Constitution of the United States, as there is no vicarious liability for civil rights claims.

## THIRD AFFIRMATIVE DEFENSE

38. Answering defendants provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standards of care.

## FOURTH AFFIRMATIVE DEFENSE

39. The Complaint failed to state a claim for punitive damages upon which plaintiff may recover.

**WHEREFORE** answering defendants demand that the action against them be dismissed and

that they be awarded the costs of the defense of this action.

                              **McCULLOUGH & McKENTY, P.A.**

                              /s/ Dana M. Spring
                              Daniel L. McKenty, Del. Bar No. 2689
                              Dana M. Spring, Del. Bar No. 4605
                              1225 N. King Street, Suite 1100
                              P.O. Box 397
                              Wilmington, DE 19899-0397
                              (302) 655-6749
                              Attorneys for First Correctional Medial, Dr. Niranjana Shah and Dr. Jose Aramburo

January 9, 2006

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND | ) | |
| DR. JOSE ARAMBURO | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached *Defendants First Correctional Medical, Shah and Aramburo's Answer to Amended Complaint* was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medial, Dr. Niranjana Shah and Dr. Jose Aramburo

January 9, 2006