## IN THE UNITED STATES DISTRICT COURT

## FOR THE STATE OF DELAWARE

ESTATE OF LOUIS W. CHANCE JR.

Plaintiff

v.

C.A No: 05-449-SLR

FIRST CORRECTIONAL MEDICAL
INC., DR. NIRANJANA SHAH, DR
JOSE A. ARAMBURO, JR.,
COMMISSIONER STANLEY TAYLOR
and JOYCE TALLEY

Defendants

## ORDER

At Wilmington this 25th day of January, 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures**. The parties have exchanged the information required by Fed. R. Civ. P. 26(a)(1) and D. Del. LR 16.2. 2.

2. **Discovery.**

(a) Discovery will be needed on the following subjects:

Contract; Contract performance by Defendants;
Institutional/Custodial Conditions; Department of
Corrections Oversight of Medical Contract/Conditions;
Witnesses who made entries in Custodial/Medical Records;
Decedent's social history, employment, education, training,
survivors; statements, etc.

(b) All discovery shall be commenced in time to be
completed byFebruary, 28, 2007

(c) Maximum of 100 interrogatories by each party to
any other party.

(d) Maximum of 35 requests for admission by each party
to any other party.

(e) Maximum of 15 depositions by plaintiff and 15 by
defendant.

(f) Each deposition is limited to a maximum of 3 hours
unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26(a)(2)
on issues for which any party has the burden of proof due
by October 31, 2006. Rebuttal expert reports due by
February 28, 2007.

(h) **Discovery Disputes.**

Any discovery dispute shall be submitted to the court
pursuant to Fed. R. Civ. P. 37. During the course of
discovery, each party is limited to two (2) Rule 37

motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

### 3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.**

All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before October 31, 2006.

### 4. **Settlement Conference.**

Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

### 5. **Summary Judgment Motions.**

All summary judgment motions shall be served and filed with an opening brief on or before March 15, 2007. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than ten (10) days from the above date without leave of the court.

### 6. **Applications by Motion.**

Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any nondispositive motion shall**

**contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before June 14, 2007. All responses to said motions shall be filed on or before June 21, 2007.

8. **Pretrial Conference.**

A pretrial conference will be held on June 28, 2007 at 4:30 PM courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.**

This matter is scheduled for a **Two Week** jury trial commencing on July 30, 2007 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of    N/A    hours in which to present their respective cases.

United States District Judge

ec: Copy to Magistrate Judge Mary Pat Thynge