UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, **Dana M. Spring**, hereby certify that on this date a copy of the attached *First Set of Interrogatories Directed to Plaintiffs by First Correctional Medical, Dr. Niranjana Shah, and Dr. Jose Aramburo* was served via first class mail upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

                      **McCULLOUGH & McKENTY, P.A.**

                /s/ Dana M. Spring
                Daniel L. McKenty, Del. Bar No. 2689
                Dana M. Spring, Del. Bar No. 4605
                1225 N. King Street, Suite 1100
                P.O. Box 397
                Wilmington, DE 19899-0397
                (302) 655-6749
                Attorneys for First Correctional Medical, Niranjana
                Shah, M.D. and Jose Aramburo, M.D.

January 25, 2006