IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR.   ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C.A. No. 05-449-SLR |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | |
| INC., DR. NIRANJANA SHAH, ) | |
| DR. JOSE A. ARAMBURO, JR., ) | |
| COMMISSIONER STANLEY TAYLOR, ) | |
| and JOYCE TALLEY, ) | |
| ) | |
| Defendants. ) | |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Deputy Attorney General Marc P. Niedzielski hereby enters his appearance on behalf of Defendants Stanley Taylor and Joyce Talley in place of Ophelia M. Waters.

| | |
|---|---|
| STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE | STATE OF DELAWARE<br>DEPARTMENT OF JUSTICE |
|   /s/Ophelia M. Waters<br>Ophelia M. Waters, ID #3879<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>ophelia.waters@state.de.us |   /s/Marc P. Niedzielski<br>Marc P. Niedzielski, ID #2616<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French Street, 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>marc.niedzielski@state.de.us |

Date:   February 21, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 21, 2006, he electronically filed the attached *Substitution of Counsel* with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

| | |
|---|---|
| Kenneth W. Richmond, Esq.<br>Pro Hac Vice | Dana M. Spring, Esq.<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |

I hereby certify that on February 21, 2006, I have mailed by United States Postal Service, the document to the following non-registered participants:

| | |
|---|---|
| Jeffrey K. Bartels, Esquire<br>401 South Maryland Avenue<br>Wilmington, DE 19804 | Daniel L. McKenty, Esq.<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397 |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

   /s/Marc P. Niedzielski
Marc P. Niedzielski, ID #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
marc.niedzielski@state.de.us