IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-449-SLR |
| | : | |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **24th** day of **April, 2006**,

In light of a teleconference with counsel (except for Mr. Bartels due to technical limitations with McCollough & McKenty's telephone service), counsel and the Court agreed that the global mediation scheduled for Thursday, April 29, 2006 is canceled, with the intent to reschedule at least the Chance mater for a later date.

Since both sides have experienced difficulties in obtaining medical and financial information from third-parties (including Social Security),

IT IS ORDERED that a teleconference has been scheduled for **Friday, June 2, 2006 at 8:30 a.m. to be initiated by Mr. McKenty and/or Mrs. Spring-Monzo** to discuss the status of discovery in Chance and the status of the two other matters not yet filed with this Court (Cox and Trotman). To avoid snubbing Mr. Bartels, Mr. Niedzielski shall participate in the teleconference at Mr. McKenty's office. To help induce Mr.

Niedzielski's cooperation in the teleconference, Mr. McKenty has graciously agreed to provide Dunkin Donuts coffee and munchkins.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE