IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., et al., | ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-449-SLR ) |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR, and JOYCE TALLEY, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned certifies that on May 8, 2006, he caused the **Defendants' 1st Request for Production Directed to Plaintiffs** to be served on the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Kenneth W. Richmond, Esq.
Pro Hac Vice

Dana Spring Monzo, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

Jeffrey K. Bartels, Esquire
401 South Maryland Avenue
Wilmington, DE 19804

Daniel L. McKenty, Esq.
McCullough & McKenty, P.A.
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

 /s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801

(302) 577-8400
Attorney for Defendants Taylor and Talley