IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-449-SLR |
| | : |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY, | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **5th** day of **June, 2006**,

IT IS ORDERED that the mediation has been scheduled for **Monday, August 21, 2006 at 10:00 a.m.** Submissions of the parties shall be due on or before **Friday, August 11, 2006.**

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Tuesday, August 1, 2006 at 8:30 a.m.** with Judge Thynge to discuss which cases will be mediated and the page limitation of the submissions. **Plaintiff's counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

Case 1:05-cv-00449-SLR     Document 33     Filed 06/05/2006     Page 2 of 2