IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-449-SLR |
| | : | |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY, | : : : : | |
| | : | |
| Defendants. | : | |

## ORDER

At Wilmington this **1st** day of **August, 2006**,

IT IS ORDERED that the mediation shall go forward as scheduled on **Monday, August 21, 2006 at 10:00 a.m.** Submissions of the parties shall be due on or before **Friday, August 11, 2006.** Pursuant to the discussions during the August 1, 2006 teleconference, the statements shall be exchanged between the parties, shall be limited to no more than **fifteen (15 pages), double-spaced, 12 pt. font,** and shall contain the following information:

(a)  A brief description or history of prior settlement negotiations and discussions, including the party's assessment as to why settlement has not been reached, the party's proposed term(s) for a resolution and a description of how the party believes the Court may be able to assist in reaching an agreement.

(b)  The amount of attorneys' fees and costs **listed separately** that

have been incurred by the party to date, with a fair estimate of such additional fees and expenses, including expert witness fees, if this matter is not settled. In the case of a contingency fee or non-hourly rate fee arrangement, the percentage of that fee, if applicable, the number of hours and costs incurred by the party to date, with a fair estimate of additional expenses, including expert witness fees, and the amount of hours if this matter is not settled.

All other provisions of the Court's February 24, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE