IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-449-SLR |
| | : |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY, | : : : : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **16th** day of **November, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **Friday, December 15, 2006 at 9:00 a.m.** with Judge Thynge to discuss the status of the case and the parties' interest in further mediation. **Counsel for defendant First Correctional Medical, Inc. shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE