UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**NOTICE OF RECORDS DEPOSITION**

TO:   Jeffrey K. Bartels, Esquire.
      401 South Maryland Avenue
      Wilmington, DE 19804

Ophelia M. Waters, Esquire            Department of Corrections
Deputy Attorney General               Bureau Chief Joyce Talley
820 North French Street, 6th Floor    245 McKee Road
Wilmington, DE 19801                  Dover, DE 19904

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for the following provider relating to medical records of Louis W. Chance, Jr., DOB: 6/30/64, at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, December 19, 2006, beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition:**

Records Custodian
Walls WE Contractors
1013 Old Cooches Bridge Road
Newark, DE 19713-2325

Records Custodian
National Railroad Passenger Corp ("NRCP"), commonly known as Amtrak
4001 Vandever Ave.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants Dr. Niranjana Shah and
Dr. Jose Aramburo

Dated: December 6, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I, **DANA M. SPRING**, hereby certify that on the 6th day of December, 2006, two a copy of the attached *Notice of Records Deposition* were sent to the following via electronic filing:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants Dr. Niranjana Shah and Dr. Jose Aramburo