UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>LLC, DR. NIRANJANA SHAH, AND )<br>DR. JOSE ARAMBURO )<br>Defendants. ) | C.A. No. 05-449-SLR<br><br>JURY OF 12 DEMANDED |

### RE-NOTICE OF RECORDS DEPOSITION

TO: Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for the following provider relating to medical records of Louis W. Chance, Jr., DOB: 6/30/64, at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Monday, January 15, 2007, beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition:**

Records Custodian - Legal Department
National Railroad Passenger Corp ("NRCP"), commonly known as Amtrak
60 Massachusetts Avenue NE
Washington, DC 20002

                                      **McCULLOUGH & McKENTY, P.A.**

                                      /s/ Dana Spring Monzo
                                      Daniel L. McKenty, Del. Bar No. 2689
                                      Dana Spring Monzo, Del. Bar No. 4605
                                      1225 N. King Street, Suite 1100
                                      P.O. Box 397
                                      Wilmington, DE 19899-0397
                                      (302) 655-6749
                                      Attorneys for Defendants Dr. Niranjana Shah and
                                      Dr. Jose Aramburo

Dated: January 2, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND | ) | |
| DR. JOSE ARAMBURO | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 2nd day of January, 2007, two a copy of the attached *Notice of Records Deposition* were sent to the following via electronic filing:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Ophelia M. Waters, Esquire
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801

Department of Corrections
Bureau Chief Joyce Talley
245 McKee Road
Dover, DE 19904

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for Defendants Dr. Niranjana Shah and Dr. Jose Aramburo