UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE )<br>)<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>LLC, DR. NIRANJANA SHAH, AND )<br>DR. JOSE ARAMBURO )<br>Defendants. ) | C.A. No. 05-449-SLR<br><br><br>JURY OF 12 DEMANDED |

## CERTIFICATE OF SERVICE

I certify that, on this date, one copy of the attached Second Set of Interrogatories Directed to Plaintiffs by First Correctional Medical, Niranjana Shah, M.D., and Jose Aramburo, M.D. was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA 19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

                                      **McCULLOUGH & McKENTY, P.A.**

                                  /s/ Dana Spring Monzo
                                  Daniel L. McKenty, Del. Bar No. 2689
                                  Dana Spring Monzo, Del. Bar No. 4605
                                  1225 N. King Street, Suite 1100
                                  P.O. Box 397
                                  Wilmington, DE 19899-0397
                                  (302) 655-6749
                                  Attorneys for First Correctional Medical, Niranjana Shah, M.D. and Jose Aramburo, M.D.

January 16, 2007