43

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE ) | |
| ) | |
| ) | |
| Plaintiffs ) | C.A. No. 05-449-SLR |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND ) | |
| DR. JOSE ARAMBURO ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Defendant First Correctional Medical's, Niranjana Shah, M.D., and Jose Aramburo, M.D.'s Updated Rule 26(a)(1)(d) Initial Disclosures* was served via first class mail upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA 19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

                                           **McCULLOUGH & McKENTY, P.A.**

                                           /s/ Dana Spring Monzo
                                           Daniel L. McKenty, Del. Bar No. 2689
                                           Dana Spring Monzo, Del. Bar No. 4605
                                           1225 N. King Street, Suite 1100
                                           P.O. Box 397
                                           Wilmington, DE 19899-0397
                                           (302) 655-6749
                                           Attorneys for First Correctional Medical, Niranjana
                                           Shah, M.D. and Jose Aramburo, M.D.

January 16, 2007