UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE, | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL | ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND | ) | |
| DR. JOSE ARAMBURO | ) | |
| Defendants. | ) | |

**DEFENDANTS FIRST CORRECTIONAL MEDICAL, NIRANJANA SHAH, M.D.,
AND JOSE ARAMBURO, M.D.'S, ANSWER TO COMMISSIONER STANLEY
TAYLOR AND BUREAU CHIEF JOYCE TALLEY'S CROSS-CLAIM**

44.    Denied.

45.    Denied.

46.    Denied.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Niranjana
Shah, M.D. and Jose Aramburo, M.D.

January 16, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

ESTATE OF LOUIS W. CHANCE,          )
                                   )
                    Plaintiffs     )          C.A. No. 05-449-SLR
                                   )
        v.                         )
                                   )
FIRST CORRECTIONAL MEDICAL         )          JURY OF 12 DEMANDED
LLC, DR. NIRANJANA SHAH, AND       )
DR. JOSE ARAMBURO                  )
                    Defendants.    )

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on this date, one copy of the attached Defendants First Correctional Medical,

Niranjana Shah, M.D., and Jose Aramburo, M.D.'s, Answer to Commissioner Stanley Taylor and

Bureau Chief Joyce Talley's Cross-Claim was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

McCULLOUGH & McKENTY, P.A.

 /s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Niranjana
Shah, M.D. and Jose Aramburo, M.D.

January 16, 2007