IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE JR.<br><br>Plaintiff<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY<br><br>Defendants | C.A No: 05-449-SLR |

PLAINTIFF'S RULE 16.5 CERTIFICATION
IN CONNECTION WITH REQUEST FOR
EXTENSION OF DEADLINES

    Kenneth W. Richmond, Esq., *pro hac vice* counsel for the Estate of Louis W. Chance, hereby certifies that on January 17, 2007, a copy of the foregoing Motion for an Extension of Deadlines was sent to:

Amanda Humphries and Louis Chance, Personal Representatives
506 W. Summit Avenue
Wilmington, Delaware 19804

Date: January 18, 2007       _____
                                        Kenneth W. Richmond, Esq.