H:\FILES\DAN\Chance\NOD - Ferreira.wpd

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ESTATE OF LOUIS W. CHANCE** | ) | |
| | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL** | ) | **JURY OF 12 DEMANDED** |
| **LLC, DR. NIRANJANA SHAH, AND** | ) | |
| **DR. JOSE ARAMBURO** | ) | |
| Defendants. | ) | |

### NOTICE OF DEPOSITION

TO:   Jeffrey K. Bartels, Esquire.
      401 South Maryland Avenue
      Wilmington, DE 19804

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of Danielle Chance Ferreira on Thursday, February 8, 2007, at 2:00 p.m., in the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801.

                              **McCULLOUGH & McKENTY, P.A.**

                              /s/ Dana Spring Monzo
                              Daniel L. McKenty, Del. Bar No. 2689
                              Dana Spring Monzo, Del. Bar No. 4605
                              1225 N. King Street, Suite 1100
                              P.O. Box 397
                              Wilmington, DE 19899-0397
                              (302) 655-6749
                              Attorneys for First Correctional Medical, Niranjana Shah, M.D. and Jose Aramburo, M.D.

Dated: January 18, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| | ) | |
| **Plaintiffs** | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| **FIRST CORRECTIONAL MEDICAL** | ) | JURY OF 12 DEMANDED |
| **LLC, DR. NIRANJANA SHAH, AND** | ) | |
| **DR. JOSE ARAMBURO** | ) | |
| **Defendants.** | ) | |

### CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Notice of Deposition* was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Niranjana Shah, M.D. and Jose Aramburo, M.D.

Dated: January 18, 2007