# IN THE UNITED STATES DISTRICT COURT

# FOR THE STATE OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE JR.<br><br>                     Plaintiff<br><br>              v.<br><br>FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY<br><br>                     Defendants | C.A No: 05-449-SLR |

## PLAINTIFF'S MOTION TO COMPELL PURSUANT TO RULE 37

AND NOW, comes the Plaintiff, the Estate of Louis Chance, by and through undersigned counsel to move this Court to compel answers to deposition questions, and as grounds therefore, respectfully alleges:

1. On November 26, 2006, the Oral Deposition of Stanley W. Taylor, Jr. was taken pursuant to proper notice before a Certified Shorthand Reporter, Shari Bowen, with counsel for all parties present.

2. Commencing at page 54, line 12, the following exchange occurred with Kenneth Richmond for the Plaintiff interrogating:

> Q. Have your personally, I mean you personally, not just your staff, but you personally, have you ever seen an audit report from the NCCHC addressing

>the medical care being rendered by any vendor at the Delaware Department of Correction?
>
>>A. Yes.
>
>>Q. Do you remember when that was?
>
>>A. It was late 2004, early 2005.
>
>>Q. All right. And did that address FCM?
>
>>A. Yes.
>
>>Q. And where would that report be?
>
>>A. It would be, at least a copy is at the
>
>pg. 55
>
>>Delaware Department of Correction
>
>>Q. And do you recall the content of that report?
>
>>>MS MONZO: Objection. NCCHC and the audit pursuant to Delaware law is confidential, and there is case law that protects this document from being reviewed.
>
>>>MR. NIEDZIELSKI: Under peer review.
>
>>>MR. RICHMOND: All right. Well, that's your objection. Are you directing him not to answer?
>
>>>MR. NIEDZIELSKI: I'm going to instruct him not to answer as to the contents of that audit, that's correct.

3.   For the reasons set forth in the accompanying Brief, it is believed and therefore averred that peer review privilege is unavailable in the context of

an action based upon a Civil Rights violation in the 3rd. Circuit of the United States.

WHEREFORE, the Plaintiff respectfully requests that an ORDER be issued requiring any reports characterized as "peer review" be produced.

Respectfully submitted

/s/_____
Jeffrey K. Bartels
Kenneth William Richmond, *pro hac vice*
401 South Maryland Ave.
Wilmington, DE 19804
302-995-6211

## **RULE 7.1.1 STATEMENT**

Counsel for the Plaintiff states that prior to filing the attached motion, a reasonable effort was undertaken, including the exchange of case law in support of the respective positions on January 4, 2007 addressing the unavailability of "peer review" as a privilege within the context of a federal question and the parties are unable to reach an agreement.

Date January 18, 2007                              Respectfully submitted

/s/_____
Jeffrey K. Bartels
Kenneth William Richmond, *pro hac vice*
401 South Maryland Ave.
Wilmington, DE 19804
302-995-6211