**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., et al., | ) ) |
| Plaintiff, | ) ) |
| v. | ) )   C.A. No. 05-449-SLR |
| | ) |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR, and JOYCE TALLEY, | ) ) ) ) ) ) |
| Defendants. | ) |

**AMENDED NOTICE OF SERVICE**

The undersigned certifies that on January 24, 2007, he caused the **Defendants' Taylor and Talley Response to Plaintiffs' 1st Request for Production** to be served via electronic mail and the responsive documents to be sent via U.S. Mail on January 25, 2007 upon the following persons:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Kenneth W. Richmond, Esq. Pro Hac Vice Jeffrey K. Bartels, Esquire 401 South Maryland Avenue Wilmington, DE 19804 kennyrichmond@comcast.net | Daniel L. McKenty, Esq. Dana Spring Monzo, Esq. McCullough & McKenty, P.A. 1225 North King Street, Suite 1100 P.O. Box 397 Wilmington, DE 19899-0397 dmonzo@mccmck.com |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

__/s/ Marc P. Niedzielski____
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Taylor and Talley