# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., et al., | ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 05-449-SLR ) |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR, and JOYCE TALLEY, | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SERVICE

The undersigned certifies that on February 5, 2007, he caused the **Defendants' Taylor and Talley Response to Plaintiffs' 2nd Request for Production** to be served on the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

Kenneth W. Richmond, Esq.  
Pro Hac Vice  
Jeffrey K. Bartels, Esquire  
401 South Maryland Avenue  
Wilmington, DE 19804  
kennyrichmond@comcast.net  

Daniel L. McKenty, Esq.  
Dana Spring Monzo, Esq.  
McCullough & McKenty, P.A.  
1225 North King Street, Suite 1100  
P.O. Box 397  
Wilmington, DE 19899-0397  
dmonzo@mccmck.com  

STATE OF DELAWARE  
DEPARTMENT OF JUSTICE  

__/s/ Marc P. Niedzielski____  
Marc P. Niedzielski, I.D. #2616  
Deputy Attorney General  
Carvel State Office Building  
820 N. French Street, 6th floor  
Wilmington, DE 19801  
(302) 577-8400  
Attorney for Defendants Taylor and Talley