UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE ) | |
| ) | |
| ) | |
| Plaintiffs ) | C.A. No. 05-449-SLR |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND ) | |
| DR. JOSE ARAMBURO, ) | |
| ) | |
| Defendants. ) | |

**FCM DEFENDANTS' MOTION TO EXTEND DISCOVERY DEADLINE LIMITED TO PRODUCTION OF EXPERT REPORT**

Pursuant to District of Delaware Local Rule 16.5, First Correctional Medical, Inc., Dr. Niranjana Shah, and Dr. Jose A. Aramburo, Jr., (hereinafter the "FCM Defendants"), through their undersigned counsel, hereby request that this honorable Court extend the discovery deadline for the limited purpose of production of an expert report. In support of their position, the FCM Defendants offer the following:

1. Counsel for the FCM Defendants has contacted Marc Niedzielski, Esquire, counsel for the State Defendants, and Kenneth Richmond, Esquire, counsel for the plaintiff, regarding the extension of the discovery deadline for the limited purpose of producing an expert report. Neither Mr. Niedzielski nor Mr. Richmond have any opposition to the FCM Defendants' request.

2. The FCM Defendants have named[1] Alfred E. Bacon, III, MD, as their expert pursuant to the Court ordered discovery deadline and F.R.C.P. 26(a)2(B). F.R.C.P. 26(a)2(B) requires that a signed expert report accompany the expert designation.

---

[1] FCM Defendants F.R.C.P. 26(a)2(B) Disclosures are being filed concurrently with this motion.

3.  First Correctional Medical is self-insured and suffering severe financial difficulties. First Correctional Medical is attempting to find money to pay for this expert report and is in the process of determining whether it will be able to continue to defend this case or any other case with which it is currently involved.

4.  First Correctional Medical has been consulting with financial counsel in Arizona and should have a full understanding of its financial status within 30 days.

5.  The FCM Defendants request that this Court extend the discovery deadline regarding the production of the expert report of Alfred E. Bacon, III, M.D. for 60 days so that First Correctional Medical can find funding to pay for the expert report and/or properly assess its continued ability to defend this and all other self-insured cases.

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Niranjana Shah, M.D. and Jose Aramburo, M.D.

Dated: February 28, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE ) | |
| ) | |
| ) | |
| Plaintiffs ) | C.A. No. 05-449-SLR |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL ) | JURY OF 12 DEMANDED |
| LLC, DR. NIRANJANA SHAH, AND ) | |
| DR. JOSE ARAMBURO, ) | |
| ) | |
| Defendants. ) | |

## ORDER

And now this _____ day of _____, 2007 having considered

*FCM Defendants' Motion to Extend Discovery Deadline Limited to Production of Expert Report*,

and the lack of opposition thereto:

**IT IS HEREBY ORDERED** that *FCM Defendants' Motion to Extend Discovery Deadline Limited to Production of Expert Report* is **GRANTED**. The FCM Defendants shall file the expert report of Alfred E. Bacon, III, MD, by April 30, 2007.

_____

J.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE  )<br>)<br>)<br>Plaintiffs  )<br>)<br>v.  )<br>)<br>FIRST CORRECTIONAL MEDICAL  )<br>LLC, DR. NIRANJANA SHAH, AND  )<br>DR. JOSE ARAMBURO,  )<br>)<br>Defendants.  ) | C.A. No. 05-449-SLR<br><br><br>JURY OF 12 DEMANDED |

### CERTIFICATE OF SERVICE

I certify that, on this date, one copy of the attached *FCM Defendants' Motion to Extend Discovery Deadline Limited to Production of Expert Report* was electronically served upon the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana M. Spring, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Niranjana Shah, M.D. and Jose Aramburo, M.D.

Dated: February 28, 2007