Page 41

1    A.  I woke up out of bed, went and look at the
2  caller ID, and I seen the Federal prison, whatever. I
3  said --
4    Q.  I'm sorry, you're going to have to speak up.
5  I didn't catch that.  Start again.
6    A.  I woke up out of bed.  I went and looked at
7  the caller I.D.  The caller I.D. had Federal prison or
8  something to do with prison on the phone.  I asked my
9  step-dad why they called.  He was all -- he was
10  flustered and told me to call my mother and when I
11  called her, she told me she was on her way to the
12  house.  So I realized that something happened to my
13  father.  And then when she got there, she continued to
14  tell me what happened.
15    Q.  Okay.  After learning of your father's death,
16  have you had any conversations with any Department of
17  Correction personnel, people at the prison?
18    A.  No.
19    Q.  In any capacity whatsoever?
20    A.  No.
21    Q.  Have you ever talked to anybody from First
22  Correctional Medical, doctors, nurses?
23    A.  No.
24    Q.  Nurse practitioners?
25    A.  No.

Page 42

1    Q.  Do you know whether your mother has had any
2  conversations with any of those people?
3    A.  No.
4        MR. McKENTY:  I'm going to take five.
5        (Whereupon, a break was taken.)
6            EXAMINATION
7  BY MR. NIEDZIELSKI:
8    Q.  My name is Marc Niedzielski and I'm from the
9  Department of Justice, and I represent Joyce Tally and
10  Stan Taylor.
11        Do you know who Joyce Tally is?
12    A.  No.
13    Q.  Do you know why she's being sued in this
14  case?
15    A.  For malpractice.
16    Q.  For malpractice?
17        What about Stan Taylor, do you know who
18  Stan Taylor is?
19    A.  No.
20    Q.  Do you know why he's being sued?
21    A.  No.
22    Q.  Okay.  You indicated that I think two years
23  ago you were arrested for drug paraphernalia?
24    A.  Uh-uh.
25    Q.  Was that the charge you pled to?  What were

Page 43

1  you actually charged with originally?
2    A.  What I was charged with?  Drug paraphernalia
3    Q.  That was the charge?
4    A.  Yeah.
5    Q.  You were charged with possession of drug
6  paraphernalia and you pled to it?
7    A.  Yep.
8    Q.  Who represented you in that matter?
9    A.  Public defender.
10    Q.  What was the drug paraphernalia?
11    A.  What was the drug paraphernalia?  It was drug
12  paraphernalia.  The cops put it down as drug
13  paraphernalia but it was baggies of heroin.
14    Q.  Baggies of heroin?
15    A.  Uh-uh.
16    Q.  Were you using heroin?
17    A.  I was.
18    Q.  Have you been clean?
19    A.  I have been clean.
20    Q.  How long had you been using heroin?
21    A.  For about six months.  Yeah, about five or
22  six months.
23    Q.  How old were you when you were arrested for
24  this?
25    A.  I was 17.  16 or 17.  16 getting ready to

Page 44

1  turn 17.
2    Q.  Were you shooting?
3    A.  No, I was not.
4    Q.  What were you doing?  How were you ingesting
5  it?
6    A.  I was snorting it.
7    Q.  Snorting it?
8        Where did you learn about heroin, how did
9  you learn about that?
10    A.  How did I learn about heroin?  My father used
11  to use.
12    Q.  Did he show you how to use it?
13    A.  No, he never showed me.  I knew he used it,
14  he never really showed me, you know.
15    Q.  Well, you became familiar with heroin from
16  your father; is that a fair statement?
17    A.  Yes, that's a fair statement.
18    Q.  How much heroin did your father use, do you
19  know?
20    A.  To the point where it got to be, I think an
21  everyday -- everyday habit.
22    Q.  Was that up until the time he was
23  incarcerated?
24    A.  Yeah.  He was fighting it.  He was fighting
25  it.

11 (Pages 41 to 44)