IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., by Amanda Humphreys and Louis Chance, III, Personal Representatives, | : : : : |
| Plaintiff, | : : |
| v. | : C.A. No. 05-449-SLR |
| | : |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR, and BUREAU CHIEF JOYCE TALLEY, | : : : : : : : |
| Defendants. | : |

## MOTION FOR SUMMARY JUDGMENT

Defendants Stanley Taylor and Joyce Talley hereby move for summary judgment pursuant to Fed.R.Civ.P. 56(b) for the reasons set forth in their briefs.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Marc P. Niedzielski
        Marc P. Niedzielski (#2616)
        Deputy Attorney General
        820 North French Street
        6th Floor
        Wilmington, DE 19801
        (302) 577-8324
        Attorney for Talley and Taylor

DATED: March 15, 2007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., by Amanda Humphreys and Louis Chance, III, Personal Representatives, : : : : | |
| Plaintiff, : | |
| v. : | C.A. No. 05-449-SLR |
| : | |
| FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR. JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR, and BUREAU CHIEF JOYCE TALLEY, : : : : : : : | |
| Defendants. : | |

## **O R D E R**

WHEREAS, defendants Stanley Taylor and Joyce Talley have moved for summary judgment pursuant to Fed.R.Civ.P. 56(b); and

WHEREAS, the Court has reviewed the papers filed in connection with the matter and/or has heard from counsel.

**IT IS SO ORDERED this      day of         , 2007**

That the moving defendants' motion is GRANTED and the clerk is directed to enter judgment in Joyce Talley's and Stan Taylor's favor and against the plaintiff.

_____
Chief Judge of U.S. District Court

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 15, 2007, he caused the attached document to be served on the following persons via electronic mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

| | |
|---|---|
| Kenneth W. Richmond, Esq.<br>Pro Hac Vice<br>kennyrichmond@comcast.net | Dana Spring Monzo, Esq.<br>McCullough & McKenty, P.A.<br>1225 North King Street, Suite 1100<br>P.O. Box 397<br>Wilmington, DE 19899-0397<br>dmonzo@mccmck.com |
| Jeffrey K. Bartels, Esquire<br>401 South Maryland Avenue<br>Wilmington, DE 19804<br>outlaw1@rcn.com | |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Taylor and Talley