**National Commission on Correctional Health Care**

1300 W Belmont Ave
Chicago, Illinois
60657-3200

773-880-1460 phone
773-880-2424 fax
www.ncchc.org

June 30, 2003

Robert Young
Webb Correctional Facility
200 Greenbank Road
Wilmington, DE 19801

Dear Captain Young:

Congratulations! The Accreditation Committee of the National Commission on Correctional Health Care (NCCHC), during its meeting on June 27, 2003, voted to continue to accredit the Webb Correctional Facility for its compliance with NCCHC *Standards for Health Services in Prisons*. Enclosed is the Accreditation Report of your facility which documents its compliance with the Standards.

The Commission congratulates you on your achievement and wishes you continued success in the future. Your Certificate of Accreditation and accreditation plaque will be sent under separate cover. It is anticipated that the next scheduled on-site survey of the facility will occur sometime prior to June, 2006. If we can be of any assistance to you, please feel free to call us at any time.

Sincerely,

Judith A. Stanley, MS, CCHP-A
Director of Accreditation

Enclosure

cc: Edward A. Harrison, NCCHC President
    Kristin Hernandez
    Tammy Kastre, MD