**NCCHC** National Commission on
Correctional Health Care

1300 W Belmont Ave    773-880-1460 phone
Chicago, Illinois      773-880-2424 fax
60657-3200            www.ncchc.org

October 22, 2003

Raphael Williams
Multi-Purpose Criminal Justice Facility
1301 E. 12th Street
Wilmington, DE  19801

Dear Warden Williams:

Congratulations!  The Accreditation Committee of the National Commission on Correctional
Health Care (NCCHC), upon receipt of further documentation, voted to continue to accredit the
Multi-Purpose Criminal Justice Facility for its compliance with NCCHC *Standards for Health
Services in Jails*.  Enclosed is the Accreditation Report of your facility which documents its
compliance with the Standards.

The Commission congratulates you on your achievement and wishes you continued success in
the future.  Your framed Certificate of Accreditation will be sent under separate cover.  It is
anticipated that the next scheduled on-site survey of the facility will occur sometime prior to June
2006.  If we can be of any assistance to you, please feel free to call us at any time.

Sincerely,

Judith A. Stanley, MS, CCHP-A
Director of Accreditation

Enclosure

cc:  Edward A. Harrison, NCCHC President
     Willie Hatcher
     Tammy Kastre, MD