UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

## PARTIAL STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED and AGREED** between plaintiff and defendants First Correctional Medical LLC/First Correctional Medical Inc., Dr. Niranjana Shah, and Dr. Jose A. Aramburo, Jr., through their undersigned counsel, that the above-captioned matter is hereby dismissed with prejudice.

| | |
|---|---|
| **McCULLOUGH & McKENTY, P.A.** | **JEFFREY K. BARTELS, ATTORNEY AT LAW** |
| /s/ Dana Spring Monzo | /s/ Jeffrey K. Bartels |
| Dana Spring Monzo, Esquire, 4605 | Jefffrey K. Bartels, Esquire, 2249 |
| 1225 N. King Street, Suite 1100 | 401 South Maryland Avenue |
| P.O. Box 397 | Wilmington, DE 19804 |
| Wilmington, DE 19899-0397 | Attorney for Plaintiff |
| Attorneys for First Correctional Medical, Dr. Niranjana Shah and Dr. Jose Aramburo | |

June 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE | ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO | ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I, **Dana Spring Monzo**, hereby certify that on this date a copy of the attached *Partial Stipulation of Dismissal* was electronically served upon the following:

Jeffrey K. Bartels, Esquire
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esquire
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for First Correctional Medical, Dr. Niranjana Shah and Dr. Jose Aramburo

June 13, 2007