# Joe Goldenson, M.D.

1406 Cypress Street<br>
Berkeley, CA 94703<br>
(510) 524-3102<br>
FAX (510) 528-5134<br>
jgoldenson@sfgh.org

June 13, 2005

Mr. Kenneth Richmond, Esq.
Richmond & Hevenor
Attorneys at Law
2019 Walnut Street
Philadelphia, PA 19103

Re: Estate of Louis Chance vs. First Correctional Medical and Delaware Department of Justice

Dear Mr. Richmond,

I have reviewed the Death Certificate, the St. Francis Hospital emergency room records from September 12, 2003, and the medical records from the Delaware Department of Corrections of Mr. Louis Chance. In my opinion, based on my training, experience and extensive knowledge of correctional medical care, the actions and inactions of the First Correctional Medical staff fall well below the accepted standard of care in correctional facilities. Their failures to appropriately diagnose and treat Mr. Chance's cryptococcal meningitis lead to his death and constitute gross negligence and deliberate indifference to a serious medical need.

Sincerely yours,

Joe Goldenson, MD