UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO, | ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## SUBSTITUTION OF COUNSEL

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendants First Correctional Medical, Dr. Niranjana Shah and Dr. Jose Aramburo.


McCULLOUGH & McKENTY, P.A.        McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                              /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*     Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                                    Legal Arts Building
1225 King Street, Suite 1100                    1225 King Street, Suite 1100
P.O. Box 397                                              P.O. Box 397
Wilmington, DE 19899-0397                   Wilmington, DE 19899-0397
302-655-6749                                            302-655-6749
Attorney for Defendants                          Attorney for Defendants
First Correctional Medical,                      First Correctional Medical,
Dr. Niranjana Shah and Dr. Jose Aramburo   Dr. Niranjana Shah and Dr. Jose Aramburo


Dated: June 13, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF LOUIS W. CHANCE, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 05-449-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL LLC, DR. NIRANJANA SHAH, AND DR. JOSE ARAMBURO, | ) ) ) | JURY OF 12 DEMANDED |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Kenneth W. Richmond, Esquire
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007