

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

New Castle Office – Civil Division

Clerk of Court
United States Courthouse
844 King Street
Wilmington, DE  19801

    *Re:*   **Estate of Chance v. FCM, et al.**
           C.A. No. 05-449-SLR

Dear Clerk of Court:

    Attached please find the medical records on plaintiff's decedent under seal. Judge Robinson ordered the plaintiff to provide them to the Court in her June 15, 2007 Order (D.I. #76).  However, we had them readily available and with plaintiff's agreement we are providing them to the Court.

    If there are any questions, I am available at your convenience.

                                        Sincerely,

                                        /s/ Marc P. Niedzielski
                                        Marc P. Niedzielski
                                        Deputy Attorney General

Cc:    Kenneth W. Richmond, Esquire