IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 05-449-SLR |
| | ) |
| COMMISSIONER STANLEY TAYLOR, | ) |
| and JOYCE TALLEY, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned certifies that on June 29, 2007, he caused to be served electronically on Kenneth W. Richmond, Esquire, Jeffrey K. Bartels, Esquire, 401 South Maryland Avenue, Wilmington, DE 19804 the defendants' response to the Court's June 15, 2007 Order that include: Declarations of Stanley Taylor and Joyce Taylor, September 2003 MRC for Webb and HRYCI and June 17, 2002 FCM-DOC Health Services Contract.

Documents also being produced (that were not already produced, identified or privileged) that "mention[] the decedent" are: Webb Telephone Form for Chance, 5 pages of Delawareonline article of January 12, 2007, Excel © file listing telephone calls by decedent from March 28 to September 9, 2003.  Not being produced is 30 pages of criminal history information on decedent as such dissemination is prohibited by law under 11 *Del.C.* § 8514.  However, the plaintiff may request criminal history directly from the State Bureau of Identification.

  /s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendants Taylor and Talley