*Original*

RECEIVED
2002 JUN 21 PM 2 04
BUSINESS OFFICE

# HEALTH CARE SERVICES CONTRACT

This Agreement is made this 17th day of June 2002, by and between First Correctional Medical-Delaware, L.L.C. ("FCM") and the State of Delaware, Department of Correction ("DOC").

## RECITALS

WHEREAS, the DOC desires to purchase the health care services offered by FCM to serve the needs of the State of Delaware and the State's inmate population; and

WHEREAS, the State has asked prospective vendors to submit proposals for contract No. 2828; and

WHEREAS, FCM's sole member (First Correctional Medical, Inc.) submitted a proposal to provide the aforementioned health care services to the DOC and its proposal was accepted by the DOC; and

WHEREAS, on Wednesday May 29, 2002, the DOC and FCM's sole member entered into final negotiations with the express intent to execute a contract for the provision of health services to Delaware's incarcerated population; and

NOW THEREFORE, in consideration for the mutual promises contained herein, the parties enter into this Agreement and its related documents to govern their relationship and hereby revoke any previous agreement between the parties. All references in said documents to "FCM" or "First Correctional Medical, Inc." or "First Correctional Medical" shall be deemed a reference to FCM as if FCM made the proposal and agreements set forth in or under such documents and was the successful bidder. The Terms and Conditions of this Agreement are contained within this DOC/FCM health care services contract which shall include by this reference the Request for Proposal, FCM's Proposal and the FCM Question and Response Memorandum dated May 21, 2002; and

NOW THEREFORE, the DOC and FCM mutually agree as follows:

1. This agreement is contingent upon funding being appropriated by the State of Delaware for each year of this contract. Funding is appropriated for medical services through the annual State Budget Act.

2. The DOC and FCM agree on an annual base price of $17,735,904.00 for the 1st two years of the contract. FCM shall submit to DOC an invoice on or about the 15th and last day of each month during the term of this contract commencing on July 15th of each fiscal year. Each invoice shall be for one twenty-fourth of the annual base price due hereunder for each year of this contract. DOC shall pay each invoice within 5 days of receipt. The amount of said monthly payment shall change in the event of any mutually agreed to change in the annual base price for any year that this contract remains in effect or as otherwise provided under the contract documents including any schedules which are a part thereof or which are attached hereto (which shall be deemed a part hereof).
Additional modifications to the DOC Request and FCM's Proposal:

   A. The Sex Offender Unit has been deleted.
   B. Three Transition Units and a Structured Care Unit currently are in operation. The Transition Units are at Plummer Community Correctional Center, Multi-Purpose Criminal Justice Facility and Baylor Women's Correctional Institution. The Structured Care Unit is at Sussex Correctional Institution.
   C. Subject to the terms hereof and the documents referred to herein, the required Vendor services include but are not limited to basic medical services, mental health services, dental services, continuous suicide watch, the transition units, structured care programs, specialized women's services, and services to DOC staff. A complete itemization of services is in the DOC's RFP, as limited by FCM's Proposal.

3. The DOC accepts the variable rate per inmate proposed per year by FCM for times when the count is over the 6700-offender base as shown on the attached schedules which are made a part hereof. After each month, FCM and DOC shall

agree to a reconciliation of the number of inmates for the prior month (over a base of 6700). Any additional payment (based on the attached schedule) due FCM as a result of any number of inmates over the base amount shall be paid to FCM with the next payment due hereunder.

4. Annual increases will be in accordance with the revised Cost Summary Sheet presented in FCM's proposal reflecting the new base of $17,735,904.00 and the other terms and provisions hereof.

5. FCM and the DOC agree to modify the RFP and Proposal as follows:

   A. To the extent ACA Health Care Standards and NCCHC Standards differ, FCM will adhere to the higher standard;

   B. To the extent that community standards for mental health care are unclear or not specific, FCM will be required to implement "Best Practices" from State Correctional Systems, which shall be deemed to be the average national level of such services.

   C. Clarify language in the FCM proposal to read:
      a) Pg. 26, paragraph 1, last sentence. Be it known that the DOC does not authorize the transfer of inmates to a detoxification facility.
      b) Pg. 60, "Response to trauma incidents", second paragraph, last sentence should read: "These reports will be provided to the warden or designee, and others as appropriate in the corrections chain of command prior to the end of shift in which the incident occurred."

   D. Contract provides for a capitated rate for health care services. Fee structure is established by the base rate (as adjusted) plus per diem rate for inmate population over 6700. Structural changes and/or additions to institutions will not result in a renegotiated rate for service.

3

E. The parties acknowledge that DOC shall pay for any equipment and services (including software and the charges for installation and training relating thereto) which are necessary, required or requested by FCM under the operation of this contract which individually exceeds $500.00 per individual item. All equipment, supplies and facilities currently in place at or located within the facilities at which the services shall be provided shall be made available to FCM at no cost to or credit against FCM in connection with the performance of its services hereunder. In addition, DOC shall provide at its cost and expense all maintenance services required or requested by FCM in connection with any equipment or any part of the facilities.

F. Out of the first two payments due FCM hereunder, DOC shall retain a total sum of $500,000.00 ($250,000.00 in each of the first two payments) to insure the observance and performance of all of the covenants, terms, conditions and undertakings herein contained to be performed or observed by FCM. Said security deposit or the balance thereof shall be returned to FCM not more than thirty (30) days following the termination or expiration of this contract provided that FCM has materially performed and observed all of said covenants, terms, conditions and undertakings herein. No other bond, guaranty or other deposit, security or assurance shall be due, required or owed by FCM.

G. Any financial reporting obligations shall be limited to FCM.

H. In no event shall staffing levels constitute a breach or default by FCM hereunder.

I. In the event that FCM does not receive payment on or before the 30 day following the receipt of an invoice by the DOC, the amount due on the invoice shall bear interest at an annual rate of 12.00% (or the maximum rate allowed by law, whichever is lower) until said payment is made in full.

6. The DOC is purchasing Professional Health Services. Performance is the essence of this contract. To the extent, negotiations involved a discussion of staffing patterns; those discussions were intended to ensure FCM fully understood the scope of the contract.

7. Appropriation

    Funds authorized for use under the contract are obligated within the budget period (fiscal years July 1- June 30) of which they are awarded. Contracts and purchase orders must be issued on or before the expiration date of the budget period or the funds will no longer be available for use by the vendor. If funds are not appropriated at the amounts established by this contract each party shall have the right, to be exercised with not less than 60 days prior notice to the other, to terminate this contract and all payment and service obligations hereunder and relating hereto. However, said termination right may only be exercised with an effective date of the last day of the last month of a fiscal year of the term of this contract. At no time will the level of services go below those specified by the NCCHC Prison Standards.

8. **DEPARTMENT INDEMNIFICATION**

    The FCM will hold harmless, indemnify, and defend the DOC, the State of Delaware and their agents, employees, or officers of the State of Delaware from any and all suits, actions, losses, liability, damages (including punitive damages), expenses, reasonable attorney fees (including salaries of attorneys regularly employed by the State of Delaware), judgments, or settlements incurred by the DOC, the State of Delaware or their agents, employees, or officers arising out of the negligent provision of health care services by FCM, its employees, or subcontractors under the contract, including direct or indirect negligence or intentional acts of omission or commission, and professional malpractice regardless of any negligence or any intentional acts of omissions or commission by employees or officials of the DOC.

## 9. APPLICABLE LAW/GOVERNING LAW/ CHOICE OF LAW

The laws of the State of Delaware shall apply, except where Federal Law has precedence. FCM consents to jurisdiction and venue in the State of Delaware. The DOC shall enter a Purchase Order on or before June 30, 2002. The Purchase Order must be approved on July 8, 2002 or this contract shall be null and void and of no force or effect. FCM must possess an active Delaware Business License as issued by the Department of Finance through its Division of Revenue. FCM must remain in good financial standing with the State of Delaware.

If any provision of this contract is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this contract will remain in full force and effect.

FCM's sole member shall have no right, title, obligation or liability hereunder or under any document referred to herein unless hereafter expressly accepted and agreed to thereby.

## 10. TERMS AND RENEWAL OPTIONS

Subject to the other terms and provisions hereof, the initial term ("Initial Term") of this contract shall be for a period of 6 years commencing July 1, 2002 (" the Commencement Date") and expiring (unless renewed) on June 30, 2008. This contract is renewable by the DOC for two (2) additional periods of two (2) years each ("the Extended Term"), according to the terms of the RFP.

If DOC defaults hereunder, FCM may, at its discretion, terminate this contract upon not less than thirty days written prior notice.

## 11. CONFLICT RESOLUTION

The contract documents shall consist of this contract, the Request for Proposal, the FCM Proposal, and the FCM Question and Response Memorandum dated May 21, 2002, as well as all cost and other updates relating thereto and the schedules, grids and other attachments attached hereto which are hereby made a part hereof. In the event of any conflict between the contract documents, the contract documents

will be interpreted in the following order and the lower number below shall govern and control:

1. This Contract and the summary sheet, pricing grid, and the other schedules, grids and attachments hereto.
2. FCM's response to DOC written questions dated 5/21/2002 (the FCM Question and Response Memorandum dated May 21, 2002)
3. Request for Proposals (including any amendments and updates and other questions and answers)
4. FCM Proposal and any updates relating thereto

STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BY: _____
TITLE: Commissioner
DATE: 6/17/02

FIRST CORRECTIONAL MEDICAL-DELAWARE, L.L.C.
BY: _____
TITLE: President
DATE: 6/17/02

# ADDENDUM TO HEALTH CARE SERVICES CONTRACT #2828

## TO ESTABLISH A PROCEDURE FOR REIMBURSEMENT OF PAYMENT TO THE DEPARTMENT OF HEALTH AND SOCIAL SERVICES (DHSS) FOR MEDICAID ELIGIBLE INCARCERATED PERSONS

**In accordance with the agreement between DHSS and FCM,** incarcerated persons under the custody of the Delaware Department of Corrections (DOC) who incur inpatient hospital stays greater than 24 hours, in an acute care hospital with a Delaware Medicaid provider agreement, shall be considered for Medicaid.

**It is agreed** that the DOC will reimburse DHSS for 100% of the Medicaid per discharge and outlier payments and ancillary payments made for incarcerated persons. FCM understands that DOC will then recover 100% of the Medicaid discharge and outlier and ancillary payments by reducing payments DOC makes to FCM. All payments will be made in accordance with the payment schedule defined in the contract agreement #2828.

State of Delaware
Department of Correction
By: _____
Title: Commissioner
Date: 9/5/03

First Correctional Medical
Delaware, L.L.C.
By: _____
Title: President
Date: 9/18/83