KATHY ENGLISH
DE DOC

**F** FIRST
**C** CORRECTIONAL
**M** MEDICAL

# Medical Review Committee

# September 2003

Proprietary Information
Not for Redistribution

1575 McKee Road, Suite 201 Dover, Delaware USA 19904  (302) 677-1740  Fax (302) 677-1744



# Staffing Matrix Data

DOC000497

**Gander Hill Multi-Purpose Criminal Justice Facility**    **Staffing Matrix September 2003**

| Position | Shift | Name | FTE Worked | FTE Needed | comments |
|---|---|---|---|---|---|
| **Administrative Staff** | | | | | |
| Health Service Admin. | 8a-5p | Willie Hatcher | 1 | 1 | Orientation |
| Nursing Supervisor | 7a-4p | | 0 | 1 | |
| Nursing Supervisor | 3p-11p | Carol Feldman | 1 | 1 | Orientation |
| CID (LPN)** | 7a-4p | Sarah Carter | 1 | 1 | |
| QA (RN) | 8a-5p | Dianne Harris | 1 | 1 | |
| | | | | | |
| R.N. | 7a-7p | Priscilla Legerme | 1 | 1 | |
| R.N. | 7a-7p | Monica Scott | 1 | 1 | |
| R.N. | 7a-7p | Willadah Mohamad | 1 | 1 | LPN 8hrs |
| R.N. | 7a-7p | Alicia James | 1 | 1 | LPN 8hrs |
| R.N. | 7a-7p | | 0 | 1 | |
| | | | | | |
| R.N. | 7p-7a | Gwen Hayes | 1 | 1 | |
| R.N. | 7p-7a | | 0 | 1 | |
| R.N. | 7p-7a | | 0 | 1 | |
| | | | | | |
| L.P.N. | 7a-3p | Betty Bradley | 1 | 1 | |
| L.P.N. | 7a-3p | Jackie Termilus | 1 | 1 | |
| L.P.N. | 7a-3p | Laura Grimes | 1 | 1 | |
| | | | | | |
| L.P.N. | 3p-11p | Fayetta Roberts | 1 | 1 | |
| L.P.N. | 3p-11p | Naomi Mahiga | 1 | 1 | |
| L.P.N. | 3p-11p | Joy Burch | 1 | 1 | |
| L.P.N. | 3p-11p | Elaine Robinson | 0.4 | 0.5 | |
| L.P.N. | 3p-11p | | | 0 | |
| | | | | | |
| L.P.N. | 11p-7a | Colleen Bell | 1 | 1 | |
| L.P.N. | 11p-7a | | 0 | 1 | |
| | | | | | |
| Pharmacy Tech** | 7a-3p | Eva Dill - Smith | 1 | 1 | |
| | | | | | |
| M.A. | 7a-3p | Mary Gott | 1 | 1 | |
| M.A. | 7a-3p | Natasha Benjamin | 1 | 1 | |
| M.A. | 7a-3p | Janel Demonia | 1 | 1 | |
| | | | | | |
| M.A. | 3p-11p | | 0 | 1 | |
| M.A. | 3p-11p | Sarajin Clotair | 1 | 1 | |
| | | | | | |
| M.A. | 11p-7a | Tanya Ward | 1 | 1 | |
| | | | | | |
| Facility Ops Supervisor | 7a-3p | Sue Mann | 1 | 1 | |
| Ward Clerk | 8a-4p | Kendal Honie | 1 | 1 | |
| Clerk (Med Rec) | 8a-4p | Cathy Jones | 1 | 1 | |
| Clerk (Med Rec) | 8a-4p | Sandra Austin | 1 | 1 | |
| Clerk (Med Rec) | 2p-10p | Ronda Carter/Tammy Cod | 1 | 1 | |
| Clerk (Med Rec) | 2p-10p | Frances Murray | 1 | 1 | |
| | | | | | |
| MH Clinician/Supervisor | 8a-4p | Thomas Crowley | 1 | 1 | |
| Mental Health Clinician | 8a-4p | Karl Desmond | 1 | 1 | |
| Mental Health Clinician | 8a-4p | Jim Simms | 1 | 0 | |

Proprietary Information
DOC000498
Not for Redistribution

## Gander Hill Multi-Purpose Criminal Justice Facility    Staffing Matrix September 2003

| Position | Shift | Name | FTE Worked | FTE Needed | comments |
|---|---|---|---|---|---|
| Mental Health Clinician | 8a-4p | Teresa DeMarco | 1 | 0 | |
| Mental Health Clinician | 8a-4p | Deborah Muscarella | 1 | 0 | |
| Mental Health Clinician | 8a-4p | Kent Johnson | 0.4 | 0 | |
| Psychiatrist | 8a-4p | Joshi Dilipkumar, MD | 0.6 | 0.6 | |
| Psychologist | 8a-4p | Dr. M. Boston | 1 | 1 | |
| Clerk Psych | 8a-4p | Pamela Campese | 1 | 1 | |
| Physician Director | 8a-4p | Nirangaha Shah, MD | 1 | 1 | |
| | | | | | |
| Mid-level Provider | 8a-4p | Inna Vaynberg, PA | 1 | 1 | |
| Mid-level Provider | 8a-4p | Diane Hernandez | 1 | 1 | |
| | | | | | |
| Dentist | 8a-4p | Dr. Kionkii/Usmani | 0.5 | 0.5 | |
| Dentist | 8a-4p | Dr. Ciconte/Wilson | 0.5 | 0.5 | |
| Dental Assistant | 8a-4p | Jacqueline Nixon | 1 | 1 | |
| Regist. Dietitian | 8a-4p | Stefan Pisocki | 0.3 | 0.3 | |

| | FTE Worked | FTE Needed | Total |
|---|---|---|---|
| Health Service Admin. | 1 | 1 | 0 |
| Nursing Supervisor | 0 | 1 | -1 |
| Nursing Supervisor | 1 | 1 | 0 |
| CID (LPN)** | 1 | 1 | 0 |
| QA (RN) | 1 | 1 | 0 |
| RN DAYS | 4 | 5 | -1 |
| RN NIGHTS | 1 | 3 | -2 |
| LPN DAYS | 3 | 3 | 0 |
| LPN EVE | 3.4 | 3.5 | -0.1 |
| LPN NIGHTS | 1 | 2 | -1 |
| Pharmacy Tech** | 1 | 1 | 0 |
| M.A. Days | 3 | 3 | 0 |
| M.A. Eve | 1 | 2 | -1 |
| M.A. Nights | 1 | 1 | 0 |
| Facility Ops Supervisor | 1 | 1 | 0 |
| Ward Clerk | 1 | 1 | 0 |
| Med Rec Clerk Days | 2 | 2 | 0 |
| Med Rec Clerk Eve | 2 | 2 | 0 |
| Mental Health Clinician | 5.4 | 2 | 3.4 |
| Psychiatrist | 0.6 | 0.6 | 0 |
| Psychologist | 1 | 1 | 0 |
| Physician Director | 1 | 1 | 0 |
| Mid-level Provider | 2 | 2 | 0 |
| Dentist | 1 | 1 | 0 |
| Dental Assistant | 1 | 1 | 0 |
| Regist. Dietitian | 0.3 | 0.3 | 0 |
| | | | |
| TOTAL FTEs | 40.7 | 43.4 | -2.7 |

First Correctional Medical-DE          Proprietary Information          Not for Redistribution
DOC000499



# Outside Consult Data

# First Correctional Medical-DE
## Outside Consultation Log
### Gander Hill Multi-Purpose Criminal Justice Facility
### September 2003

| Control Number | Auth Dates | Inmate Number | Inmate Name | Date of Service | DOB | Material | Service | Category | Completion Date | |
|---|---|---|---|---|---|---|---|---|---|---|
| 080030901 | 09/09/0 | 559 | [redacted] | 09/09/03 | | ER | ER - picc line change | ER | 9/9/03 | Alle |
| 080030902 | 09/08/03 | 996 | [redacted] | 09/06/03 | | ER | ER - vomiting blood | ER | 9/8/03 | Alle |
| 080030903 | 09/03/0 | 996 | [redacted] | 09/22/03 | 9/2/62 | urgent | GI consult | GI | 9/8/03 | Alle |
| 080030904 | 09/03/0 | 998 | [redacted] | 09/30/03 | 12/12/59 | urgent | in house opth | opth | 9/8/03 | Alle |
| 080030905 | 09/05/0 | 773 | [redacted] | 09/22/03 | 1/12/65 | urgent | ortho consult | ortho | 9/8/03 | Alle |
| 080030906 | 09/03/03 | 351 | [redacted] | 09/22/03 | 7/24/65 | standard | in house opth | opth | 9/8/03 | Alle |
| 080030907 | 09/05/0 | 443 | [redacted] | 09/22/03 | 7/17/79 | routine | in house opth | opth | 9/8/03 | Alle |
| 080030908 | 09/13/0 | 336 | [redacted] | 10/08/03 | 10/13/40 | standard | colonoscopy | colonoscopy | 9/8/03 | Alle |
| 080030909 | 09/13/03 | 987 | [redacted] | 09/22/03 | 3/31/49 | routine | in house opth | opth | 9/12/03 | Alle |
| 080030910 | 09/10/0 | 332 | [redacted] | 09/22/03 | 10/26/79 | routine | colonoscopy | colonoscopy | 9/12/03 | Alle |
| 080030911 | 09/10/0 | 912 | [redacted] | 09/22/03 | 9/15/62 | routine | in house opth | opth | 9/12/03 | Alle |
| 080030912 | 09/10/0 | | [redacted] | 09/22/03 | | standard | in house opth | opth | 9/22/03 | Alle |
| 080030913 | 09/10/03 | 160066 | [redacted] | 09/23/03 | 6/30/67 | urgent | MRI brian w/contrast | MRI | 9/16/03 | Alle |
| 080030914 | 09/22/0 | 3842 | Chance, Louis | 09/22/03 | | urgent | in house opth | opth | 9/16/03 | Alle |
| 080030916 | 09/09/0 | 770 | [redacted] | 09/11/03 | 2/26/89 | routine | Dr. Mannen f/u | gen surgery | 9/16/03 | Alle |
| 080030917 | 09/11/0 | 232 | [redacted] | 09/22/03 | 7/14/63 | standard | in house opth | opth | 9/16/03 | Alle |
| 080030918 | 09/16/0 | 232 | [redacted] | 10/10/03 | 5/16/49 | routine | bone scan left foot | bone scan | 9/16/03 | Alle |
| 080030919 | 09/10/0 | 738 | [redacted] | 10/06/03 | 6/25/62 | urgent | GI consult | GI | 9/12/03 | Alle |
| 080030920 | 09/15/0 | 738 | [redacted] | 09/30/03 | 6/17/54 | urgent | oral surgery consult | oral surgery | 9/16/03 | Alle |
| 080030921 | 09/15/0 | 738 | [redacted] | 09/30/03 | 6/17/54 | routine | CT facial bones | CT | 9/16/03 | Alle |
| 080030922 | 09/15/0 | 3224 | [redacted] | 09/22/03 | 1/31/61 | routine | in house opth | opth | 9/16/03 | Alle |
| 080030923 | 09/16/0 | 559 | [redacted] | 10/13/03 | 1/18/39 | routine | gen surgery consult | gen surgery | 9/23/03 | Alle |
| 080030924 | 09/16/03 | 526 | [redacted] | 10/09/03 | 9/16/03 | urgent | f/u Dr. Niaz | gen surgery | 9/23/03 | Alle |
| 080030926 | 09/19/0 | 096 | [redacted] | 10/01/03 | 3/8/76 | urgent | ortho consult | ortho | 9/23/03 | Alle |
| 080030927 | 09/19/03 | 479 | [redacted] | 10/13/03 | 6/5/71 | routine | in house opth | opth | 9/23/03 | Alle |
| 080030928 | 09/16/0 | 160 | [redacted] | 10/13/03 | 6/20/58 | standard | in house opth | opth | 9/23/03 | Alle |
| 080030929 | 09/16/0 | 125 | [redacted] | 10/13/03 | 11/20/59 | standard | in house opth | opth | 9/23/03 | Alle |
| 080030930 | 09/17 | 976 | [redacted] | | 11/12/68 | urgent | Dr. Alie consult | medicine | 9/23/03 | Alle |
| 080030931 | 09/17 | 209 | [redacted] | 10/01/03 | 4/8/68 | urgent | ortho consult | ortho | 9/23/03 | Alle |
| 080030932 | 09/16/0 | 216 | [redacted] | 10/13/03 | 3/7/77 | standard | in house opth | opth | 9/23/03 | Alle |
| 080030933 | 09/15/0 | 222 | [redacted] | 10/13/03 | 1/22/57 | standard | in house opth | opth | 9/23/03 | Alle |
| 080030934 | 09/26/0 | 452 | [redacted] | | 1/21/89 | routine | Brain scan w/o contrast, EEG | CT | 9/25/03 | Alle |
| 080030935 | 09/24/0 | 266 | [redacted] | | 4/28/55 | urgent | barium swallow | GI | 9/25/03 | Alle |
| 080030936 | 09/2 | 008 | [redacted] | 10/13/03 | 7/3/37 | standard | in house opth | opth | 9/25/03 | Alle |
| 080030937 | 09/2 | 214 | [redacted] | 10/13/03 | 8/14/59 | routine | in house opth | opth | 9/25/03 | Alle |
| 080030938 | 09/ | 527 | [redacted] | | 9/22/62 | routine | optometry | opth | 9/25/03 | Alle |
| 080030939 | 09/24/0 | 398 | [redacted] | 10/07/03 | 7/31/61 | routine | in house opth | opth | 9/25/03 | Alle |
| 080030940 | 09/24/0 | 252 | [redacted] | 06/07/57 | 8/13/80 | routine | in house opth | opth | 9/25/03 | Alle |
| 080030941 | 09/22/0 | 691 | [redacted] | 10/13/03 | 06/07/57 | routine | in house opth | opth | 9/25/03 | Alle |
| 080030942 | 09/17/0 | 066 | [redacted] | 10/13/03 | 11/17/83 | routine | in house opth | opth | 9/25/03 | Alle |
| 080030943 | 09/27/03 | 399 | Roi[redacted] | 9/27/03 | 11/3/42 | ER | in house opth | ER | | Alle |

Not for Redistribution



# Monthly Health Services Report

# Monthly Health Services Report



**F** FIRST
**C** CORRECTIONAL
**M** MEDICAL

**Facility:** __Gander Hill MPCJF__    **Month:** __September__    **Year:** __2003__

## Health Care Activity

| A. General Medical | Total | D. Prenatal Care | Total |
|---|---|---|---|
| 1. Number of physician visits | 47 | 1. Number of pregnancy tests | N/A |
| 2. Number of physician assistant/nurse practitioner visits | 189 | 2. Number of new positive tests | N/A |
| 3. Number of emergency visits | 12 | 3. Number of pregnant inmates | N/A |
| 4. Number of inmates charged a copayment | 1 | 4. Number of Prenatal visits | N/A |
| | | 5. Number of deliveries | N/A |
| **B. Dental** | **Total** | | |
| 1. Total sick call requests received | 120 | **E. Mental Health** | **Total** |
| 2. Total sick call appointments | 120 | Total number of: | |
| 3. Total visits failed/cancelled by clinic | 0 | 1. Sick Call Requests | 138 |
| 4. Clinic visits with a dentist | | 2. Routine mental health visits | 244 |
| a. Sick call Visits | 120 | 3. Segregation Rounds | NA |
| b. Routine visits | 15 | 4. Referrals from Medical/Other | 32 |
| c. Unscheduled visits | 2 | 5. Mental health detailed screens | 285 |
| d. Dental assist. Triage &/or education visits | 0 | 6. Individual Psychiatrist visits | 234 |
| e. Refusals | 10 | 7. Enforced Medication | 0 |
| f. Total dental screenings | 15 | 8. Incidents involving restraints | 0 |
| 5. Total hours of lockdown affecting Dental Clinic | 0 | 9. Non-scheduled crisis visits | 47 |
| 6. Total number waiting at end of month | | 10. DOC/Parole evaluations | 3 |
| a. Routine appointments | 22 | 11. Psychology individual visits | 0 |
| b. Urgent appointments | 0 | **F. Laboratory** | **Total** |
| c. Extraction appointments | 0 | 1. Tests Performed on-site | 38 |
| 7. Dental treatment numbers: | | 2. Tests sent off site | 142 |
| 1) Emergency on-site | 2 | 3. DNA Tests | 2 |
| 2) Restorative | 18 | | |
| 3) Fillings | 18 | **G. Radiology** | **Total** |
| 4) Oral surgery | 56 | 1. Total diagnostic procedures performed | |
| 5) Prosthodontics | 8 | a. Tests performed on-site | 70 |
| **C. Nursing** | **Total** | b. Tests sent off site | 3 |
| 1. Total number RN sick call requests (does not include dental or mental health sick call requests) | 503* | c. # of requests on log on the 1st of month | 3 |
| 2. Total number RN sick call visits(unduplicated) | 344 | d. Number of refusals | 0 |
| 3. Total number of inmates refusing RN sick call visits | 17 | e. Number waiting for on-site >14 days | 0 |
| 4. Number of inmates no longer in facility at time of sick call | 13 | **H. Nutritional Services** | **Total** |
| 5. Number of inmates charged a copay for nurse sick call | 59 | 1. Nutritional consultations | 17 |
| 6. Number of treatments (blood pressure, finger sticks, etc) | 1103 | 2. Total number of therapeutic diets | 66 |
| 7. Segregation rounds | 358 | | |
| | | **I. Vision** | **Total** |
| | | Total number of: | |
| | | 1. Visual acuity exams | 343 |
| | | 2. Corrective lenses issued | 8 |

First Correctional Medical-DE                    Proprietary Information                    Not for Redistribution

Gander Monthly Health Services Report – page 2



F FIRST
C CORRECTIONAL
M MEDICAL

| J. Emergency Medical Services | Total | | M. Outside Specialty Consultations | Total |
|---|---|---|---|---|
| 1. Total medical emergencies | 3 | | Number of specialty physician visits | |
| a. Ambulance/EMS response | 3 | | 1. Orthopedic | 2 |
| b. Facility vehicle transports | 0 | | 2. Ophthalmology | 1 |
| 2. Average response time (EMS) minutes | 5 | | 3. Cardiologist | 0 |
| 3. Life Flight/Medivac Response | 0 | | 4. Dermatologist | 0 |
| | | | 5. Oral surgeon | 0 |
| K. Chronic Disease Status | Total | | 6. GI | 0 |
| Total number in chronic care clinics | | | 7. Oncology | 0 |
| 1. HTN/cardiovascular disease | 96 | | 8. ENT | 0 |
| 2. Seizure disorders | 16 | | 9. General surgery | 3 |
| 3. Tuberculosis | 4 | | 10. Radiology/imaging | 3 |
| 4. Diabetes | 39 | | 11. Audiologist | 0 |
| 5. Pulmonary | 81 | | 12. Hepatologist | 0 |
| 6. General medicine | 36 | | 13. Urology | 0 |
| 7. Infectious disease | 62 | | 14. Annual physical exams completed | 0 |
| 8. Number of patients identified as seriously mentally ill | 219 | | 15. Mental health emergencies off-site | 0 |
| 9. Total number of patients on dialysis | 0 | | | |
| | | | N. Other Services Provided | Total |
| L. Infection Control | Total | | 1. Pre-employment exams | 0 |
| 1. TB Testing | | | 2. Urine drug screens | 1 |
| a. Employee | 1 | | 3. Use of force exams | |
| b. Inmate/resident number of initial PPDs placed | 579 | | a. Employee | 0 |
| c. Inmate/resident number of initial PPDs read | 542 | | b. Inmate/resident | 0 |
| d. Inmate/resident number of annual PPDs read | 32 | | 4. Number of people attending monthly in-service | 20 |
| e. Inmate/resident number of annual PPDs read | 32 | | 5. Other | 0 |
| 2. Immunizations (hepatits, flu, etc.) | | | | |
| a. Employee | 0 | | O. Intake Care | Total |
| b. Inmate/resident | 7 | | 1. Number of receiving screens | 599 |
| 3. Positive test results | | | 2. Number of completed health assessments | 599 |
| a. Current month positive PPDs | 0 | | 3. Number of intake mental health assessments | 599 |
| b. Year to date positive PPDs | 29 | | 4. Number of Boot Camp evaluations | 1 |
| c. Current month + STDs 9GC, Chlam, PRP) | 2 | | | |
| d. Year to date positive STDs | 13 | | | |
| e. Current month new positive HIV tests | 1 | | | |
| f. Year to date new positive HIV tests | 3 | | | |

First Correctional Medical-DE                 Proprietary Information                    Not for Redistribution

Gander Monthly Health Services Report – page 3



**F** **FIRST**
**C** **CORRECTIONAL**
**M** **MEDICAL**

## Bed Utilization

| A. Medical Observation | Total | B. Hospital Admissions | Total |
|---|---|---|---|
| Number of beds: | 13 | 1. Total number | 3 |
| 1. Admissions | 66 | 2. Total Patient days | 5 |
| 2. Discharges | 55 | PLEASE REFER TO OUTSIDE HOSPITAL | |
| 3. Total Patient Days | 424 | UTILIZATION LOG AND OUTSIDE | |
| 4. Total number of beds actually useable | 13 | CONSULT LOG | |
| 5. % of Occupancy based on design and useable beds | 108 | | |

**Comments:**

*66 written responses

N/A – Not Applicable
UNK - Unknown

**SIGNED:** _____ Diane Harris, RN _____

**DATE:** _____ 10/06/03 _____

First Correctional Medical-DE            Proprietary Information            Not for Redistribution



# Grievances

**FCM** First Correctional Medical

## GRIEVANCES

**Facility:** Gander Hill MPCJF    **Month:** SEPT    **Year:** 2003

| Inmate name | SBI # | Date Rec'd Grievance | Grievance Number | ** Category | Date 1st Review | Date 2nd Review | Date 3rd Review | Resolution Date | Summary of Resolution |
|---|---|---|---|---|---|---|---|---|---|
| | 508 | 8/28/03 | 03-778 | 4 | | | | 9/8/03 | Released |
| Problem Statement | Not getting all of his medication | | | | | | | | |
| | 631 | 8/28/03 | 03-780 | 6 | | | | 9/15/03 | Seen and explained findings of x-ray |
| Problem Statement | Wants to know about x-rays | | | | | | | | |
| | 255 | 9/2/03 | 03-781 | 6 | | | | 9/3/03 | Glasses were returned to I/M |
| Problem Statement | Wants glasses returned to him. | | | | | | | | |
| | 136 | 9/2/03 | 03-782 | 6 | | | | 9/3/03 | Seen by MD, consult done |
| Problem Statement | | | | | | | | | |
| | 216 | 9/12/03 | 03-791 | 4 | | | | 9/30/03 | Scheduled to see outside provider for treatment |
| Problem Statement | Wants muscle relaxers or narcotics for pain | | | | | | | | |
| | 801 | 9/4/03 | 03-784 | 3 | | | | 9/10/03 | Teeth cleaned,scheduled for cavity eval. |
| Problem Statement | Wants to have teeth cleaned or money returned | | | | | | | | |
| | 80 | 9/4/03 | 03-785 | 3 | | | | 9/10/03 | Teeth cleaned,scheduled for cavity eval. |
| Problem Statement | Same as 03-784. | | | | | | | | |
| | 873 | 7/2/03 | 03-749 | 6 | | | | 9/10/03 | Explained that disease is cause for problems. |
| Problem Statement | | | | | | | | | |
| | 38 | 9/22/03 | 03-797 | 6 | | | | 9/24/03 | Explained that he will see outside specialist |
| Problem Statement | Feels that he did not receive the right tx | | | | | | | | |
| | 894 | 9/22/03 | 03-787 | 1 | | | | 9/25/03 | Sent memo to kitchen to stop diet |
| Problem Statement | Wants diet tray to stop | | | | | | | | |
| | 47 | 8/4/03 | 03-760 | 6 | | | | 9/30/03 | Did not agree with MD |
| Problem Statement | Wants memo for bottom bunk | | | | | | | | |
| | 255 | 9/12/03 | 03-788 | 6 | | | | 9/23/03 | Explained the purpose of memo |
| Problem Statement | Wants to know who is to give him his meds | | | | | | | | |

** Categories: (1) diet issue (2) needs to see physician (3) needs to see dentist (4) not getting medication (5) Co-pay dispute (6) Other

First Correctional Medical-DE

Page 1 of 1

Confidential Information -- Not for Redistribution



# Staffing Matrix Data

DOC000508

**Staffing Matrix September 2003**

**Webb Correctional Facility**

| Administrative Staff | | | | | |
|---|---|---|---|---|---|
| Position | Shift | Name | FTE Worked | FTE Needed | comments |
| Charge Nurse R.N. | 7a-3p | Beverly Anderson | 1 | 1 | |
| M.A./M.R.C. | 7a-3p | Tanisha Colon | 1 | 1 | |
| Psychiatrist | 8a-4p | Dr. Joshi | 0.1 | 0.1 | |
| Mental Health Clinician | 8a-noon, Fri | Tina Edmunds | 0.1 | 0.1 | |
| Physician Director | 8a-4p | Dr. Marie Yu | 0.1 | 0.1 | |

| | FTE Worked | FTE Needed | Total |
|---|---|---|---|
| RN DAYS | 1 | 1 | 0 |
| M.A. Days | 1 | 1 | 0 |
| Psychiatrist | 0.1 | 0.1 | 0 |
| Mental Health Clinician | 0.1 | 0.1 | 0 |
| Physician Director | 0.1 | 0.1 | 0 |
| TOTAL FTEs | 2.3 | 2.3 | 0 |

First Correctional Medical-DE          Proprietary Information                    Not for Redistribution



# Outside Consult Data

First Correctional Medical-DE
Outside Consultation Log
Webb Correctional Facility
September 2003

| Auth. #. | Consult Date | Name | Inmate Number | DOB | Date of Service | Time Limit | Service | Category | Date Authorized | Time |
|----------|--------------|------|---------------|-----|-----------------|------------|---------|----------|-----------------|------|
| 083030901 | | none generated | | | | | | | | |

Not for Redistribution

Confidential Information

First Correctional Medical-DE



FIRST CORRECTIONAL MEDICAL

· LEADING THE WAY IN CORRECTIONAL HEALTH CARE ·

FCM

# Monthly Health Services Report

## Monthly Health Services Report



**F** FIRST
**C** CORRECTIONAL
**M** MEDICAL

**Facility:** Webb Correctional Facility      **Month:** September      **Year:** 2003

### Health Care Activity

| A. General Medical | Total | D. Prenatal Care | Total |
|---|---|---|---|
| 1. Number of physician visits | 29 | 1. Number of pregnancy tests | 0 |
| 2. Number of physician assistant/nurse practitioner visits | 0 | 2. Number of new positive tests | 0 |
| 3. Number of emergency visits | 0 | 3. Number of pregnant inmates | 0 |
| 4. Number of inmates charged a copayment | 4 | 4. Number of Prenatal visits | 0 |
| | | 5. Number of deliveries | 0 |
| **B. Dental** | **Total** | | |
| 1. Total sick call requests received | 6 | **E. Mental Health** | **Total** |
| 2. Total sick call appointments | 6 | Total number of: | |
| 3. Total visits failed/cancelled by clinic | 0 | 1. Sick Call Requests | 0 |
| 4. Clinic visits with a dentist | | 2. Routine mental health visits | 11 |
| a. Sick call Visits | 6 | 3. Segregation Rounds | NA |
| b. Routine visits | 0 | 4. Referrals from Medical/Other | 4 |
| c. Unscheduled visits | 0 | 5. Mental health detailed screens | 23 |
| d. Dental assist. Triage &/or education visits | 0 | 6. Individual Psychiatrist visits | 12 |
| e. Refusals | 0 | 7. Enforced Medication | 0 |
| f. Total dental screenings | 0 | 8. Incidents involving restraints | 0 |
| 5. Total hours of lockdown affecting Dental Clinic | | 9. Non-scheduled crisis visits | 0 |
| 6. Total number waiting at end of month | | 10. DOC/Parole evaluations | 1 |
| a. Routine appointments | 0 | 11. Psychology individual visits | 0 |
| b. Urgent appointments | 0 | | |
| c. Extraction appointments | 0 | **F. Laboratory** | **Total** |
| 7. Dental treatment numbers: | | 1. Tests Performed on-site | 0 |
| 1) Emergency on-site | 0 | 2. Tests sent off site | 14 |
| 2) Restorative | 0 | 3. DNA Tests | 0 |
| 3) Fillings | 0 | **G. Radiology** | **Total** |
| 4) Oral surgery | 2 | 1. Total diagnostic procedures performed | |
| 5) Prosthodontics | 0 | a. Tests performed on-site | 0 |
| **C. Nursing** | **Total** | b. Tests sent off site | 0 |
| 1. Total number RN sick call requests (does not include dental or mental health sick call requests) | 8 | c. # of requests on log on the 1st of month | 0 |
| 2. Total number RN sick call visits(unduplicated) | 8 | d. Number of refusals | 0 |
| 3. Total number of inmates refusing RN sick call visits | 0 | e. Number waiting for on-site >14 days | 0 |
| 4. Number of inmates no longer in facility at time of sick call | 0 | | |
| 5. Number of inmates charged a copay for nurse sick call | 6 | **H. Nutritional Services** | **Total** |
| 6. Number of treatments (blood pressure, finger sticks, etc) | 10 | 1. Nutritional consultations | 0 |
| 7. Segregation rounds | NA | 2. Total number of therapeutic diets | 0 |
| | | **I. Vision** | **Total** |
| | | Total number of: | |
| | | 1. Visual acuity exams | 0 |
| | | 2. Corrective lenses issued | 0 |

First Correctional Medical-DE          Proprietary Information          Not for Redistribution

Webb Monthly Health Services Report -- page 2



FIRST CORRECTIONAL MEDICAL

| J. Emergency Medical Services | Total | M. Outside Specialty Consultations | Total |
|---|---|---|---|
| 1. Total medical emergencies | 1 | Number of specialty physician visits | |
| a. Ambulance/EMS response | 0 | 1. Orthopedic | 0 |
| b. Facility vehicle transports | 1 | 2. Ophthalmology | 0 |
| 2. Average response time (EMS) minutes | 0 | 3. Cardiologist | 0 |
| 3. Life Flight/Medivac Response | 0 | 4. Dermatologist | 0 |
| | | 5. Oral surgeon | 0 |
| K. Chronic Disease Status | Total | 6. GI | 0 |
| Total number in chronic care clinics | | 7. Oncology | 0 |
| 1. HTN/cardiovascular disease | 13 | 8. ENT | 0 |
| 2. Seizure disorders | 1 | 9. General surgery | 0 |
| 3. Tuberculosis | 0 | 10. Radiology/imaging | 0 |
| 4. Diabetes | 4 | 11. Audiologist | 0 |
| 5. Pulmonary | 10 | 12. Hepatologist | 0 |
| 6. General medicine | 5 | 13. Urology | 0 |
| 7. Infectious disease | 9 | 14. Annual physical exams completed | 0 |
| 8. Number of patients identified as seriously mentally ill | 10 | 15. Mental health emergencies off-site | 0 |
| 9. Total number of patients on dialysis | 0 | | |
| | | N. Other Services Provided | Total |
| L. Infection Control | Total | 1. Pre-employment exams | 0 |
| 1. TB Testing | | 2. Urine drug screens | 0 |
| a. Employee | 0 | 3. Use of force exams | |
| b. Inmate/resident number of initial PPDs placed | 6 | a. Employee | 0 |
| c. Inmate/resident number of initial PPDs read | 6 | b. Inmate/resident | 0 |
| d. Inmate/resident number of annual PPDs read | 6 | 4. Number of people attending monthly in-service | 0 |
| e. Inmate/resident number of annual PPDs read | 5 | 5. Other | 0 |
| 2. Immunizations (hepatits, flu, etc.) | | | |
| a. Employee | 0 | O. Intake Care | Total |
| b. Inmate/resident | 3 | 1. Number of receiving screens | 12 |
| 3. Positive test results | | 2. Number of completed health assessments | 12 |
| a. Current month positive PPDs | 1 | 3. Number of intake mental health assessments | 8 |
| b. Year to date positive PPDs | 11 | 4. Number of Boot Camp evaluations | 0 |
| c. Current month + STDs 9GC, Chlam, PRP) | 0 | | |
| d. Year to date positive STDs | 0 | | |
| e. Current month new positive HIV tests | 0 | | |
| f. Year to date new positive HIV tests | 1 | | |

**Webb Monthly Health Services Report – page 3**



**First Correctional Medical**

**Bed Utilization**

| A. Medical Observation | Total | B. Hospital Admissions | Total |
|---|---|---|---|
| Number of beds: | NA | 1. Total number | 0 |
| 1. Admissions | NA | 2. Total Patient days | 0 |
| 2. Discharges | NA | PLEASE REFER TO OUTSIDE HOSPITAL | |
| 3. Total Patient Days | NA | UTILIZATION LOG AND OUTSIDE | |
| 4. Total number of beds actually useable | NA | CONSULT LOG | |
| 5. % of Occupancy based on design and useable beds | NA | | |

**Comments:** _____

_____

_____

_____

_____

_____

N/A – Not Applicable
UNK - Unknown


SIGNED:    __Beverly Anderson, RN__

DATE:    __September 26, 2003__

F FIRST
C CORRECTIONAL
M MEDICAL

## GRIEVANCES

Facility:  Webb Correctional Facility          Month:  Sept.          Year:  2003

| Inmate name | SBI # | Date Rec'd Grievance | Grievance Number | ** Category | Date 1st Review | Date 2nd Review | Date 3rd Review | Resolution Date | Summary of Resolution |
|---|---|---|---|---|---|---|---|---|---|
|  | 8947 | 9/2/03 |  |  | 9/2/03 |  |  | 9/2/03 | IM felt he should be followed up with |
| Problem Statement |  |  |  |  |  |  |  |  | GI consultants. Dr Yu saw him for |
|  |  |  |  |  |  |  |  |  | follow up. |
|  |  |  |  |  |  |  |  |  |  |
| Problem Statement |  |  |  |  |  |  |  |  |  |

** Categories:  (1) diet issue (2) needs to see physician (3) needs to see dentist (4) not getting medication (5) Co-pay dispute (6) Other

First Correctional Medical-DE          Confidential Information          Not for Redistribution