SITTA GOMBEH-ALIE, M.D.

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

- - -

ESTATE of LOUIS W. CHANCE,    :
                                :

    Plaintiffs,           : C.A. No. 05-449-SLR

                                :

    Vs.                       :

                                :

FIRST CORRECTIONAL MEDICAL    :
LLC, DR. NIRANJANA SHAH    :
and DR. JOSE ARAMBURO,    :
et. al,    :

                                :

    Defendants.        :

COPY

- - -

WEDNESDAY, JANUARY 3, 2007

- - -

    Oral deposition of SITTA GOMBEH-ALIE, M.D., taken
pursuant to Notice, before Shari Bowen, Certified
Shorthand Reporter and Notary Public, at McCullough &
McKenty, 1225 N. King Street, 10th Floor, Wilmington,
Delaware, commencing at 10:20 a.m.

KARASCH & ASSOCIATES

REGISTERED PROFESSIONAL REPORTERS

PENNSYLVANIA and DELAWARE

(800) 621-5689

SITTA GOMBEH-ALIE, M.D.

Page 2

```
 1   A P P E A R A N C E S:

 2


 3       RICHMOND & HEVENOR
         BY:  KENNETH W. RICHMOND, ESQUIRE
 4       2019 Walnut Street
         Philadelphia, PA  19103
 5       (215)523-9200

 6       Counsel for Plaintiffs

 7


 8       McCULLOUGH & McKENTY, P.A.
         BY:  DANA SPRING MONZO, ESQUIRE
 9       1225 N. King Street, Suite 1100
         P.O. Box 397
10       Wilmington, DE  19899
         (302)655-6749
11
         Counsel for Defendant - First Correctional Medical
12

13       STATE OF DELAWARE
         DEPARTMENT OF JUSTICE
14       BY:  MARC NIEDZIELSKI, ESQUIRE
         Deputy Attorney General
15       820 North French Street, 6th Floor
         Wilmington, DE  19801
16       (302)577-8324

17       Counsel for Defendants - Taylor & Talley

18

19

20

21

22

23   Also Present:

24   Jeffrey K. Bartels, Esquire

25
```

SITTA GOMBEH-ALIE, M.D.

Page 37

1  and I told her to get an MRI.

2       Q.   Where would that be indicated, how do you

3  know that that happened in the manner that you've just

4  described?

5       A.   I'm just reading what her notes said.  She

6  wrote it.

7       Q.   And what note are you looking at on page 69

8  of the Bates stamped documents?

9       A.   Dr. Shah's notes.  It's stamped Dr. N. Shah,

10  dated 9/24/03, 11:15.

11       Q.   And we can agree that's what that says,

12  9/24/03 at 11:15?

13       A.   It's actually 9/22/03.

14       Q.   The handwriting there makes it --

15       A.   It is 9/22 because --

16       Q.   It is 9/22, I would degree.  At 11:15 is that

17  the entry you're referring to?

18       A.   Yes.

19       Q.   And what does that entry say?

20       A.   Optometrist was consulted to get dilated from

21  the scopic exam.  He diagnosed to have papilloedema

22  O/U, both eyes.  Advised to rule out space occupying

23  lesion in the brain.  Dr. Alie called.  Plan is to have

24  MRI of -- plan, MRI of the brain ordered.  I don't know

25  what the last -- I can't -- I don't know but it says

SITTA GOMBEH-ALIE, M.D.

Page 38

1    plan to have MRI of the brain.

2         Q.    Was that an emergency at that point?

3         A.    No.

4         Q.    It was not an emergency?

5         A.    Papilloedema?

6         Q.    No.  I'm talking about rule out the space

7    occupying lesion in the brain.

8         A.    Okay.

9         Q.    Was that an emergency?

10        A.    It was urgent but not an emergency.

11        Q.    What's the difference?

12        A.    An emergency you have to go right now

13   otherwise it would kill him right now if he didn't get

14   it done like he's bleeding or has a heart attack or

15   something.

16        Q.    What is urgent?

17        A.    An urgent would be like within the next day

18   or two.

19        Q.    And is that also in the protocols?

20        A.    Yes.

21        Q.    So the urgent is described in the protocols;

22   is that correct?

23        A.    Right.

24        Q.    An emergency described in the protocols?

25        A.    Correct.