IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE, JR., )<br>)<br>Plaintiff, )<br>)<br>v, )<br>)<br>FIRST CORRECTIONAL MEDICAL )<br>INC., DR. NIRANJANA SHAH, DR. )<br>JOSE A. ARAMBURO, JR., )<br>COMMISSIONER STANLEY TAYLOR )<br>and JOYCE TALLEY, )<br>)<br>Defendants. ) | Civ. No. 05-449-SLR |

# ORDER

At Wilmington this 18th day of July, 2007, having considered plaintiff's motion to reconsider the court's order of June 15, 2007, resolving several discovery disputes;

IT IS ORDERED that said motion (D.I. 78) is denied, as plaintiff has failed to clearly identify what materials it is requesting and has further failed to clearly demonstrate that said materials are relevant to the asserted claims.

_____
United States District Judge