**IN THE UNITED STATES DISTRICT COURT**

**FOR THE STATE OF DELAWARE**

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE JR.<br><br>Plaintiff<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY<br><br>Defendants | C.A No: 05-449-SLR |

**STIPULATION TO WITHDRAW
PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT**

AND NOW, this Fourth Day of September, 2007, upon payment and satisfaction of the terms of the settlement entered into between Plaintiff and First Correctional Medical, Dr. Niranjana Shaw and Dr. Jose Aramburo, Jr., Plaintiff, by undersigned counsel hereby stipulates and agrees that the Motion filed as Document #86 is hereby withdrawn and the same may be marked as dismissed with prejudice.

**FOR THE PLAINTIFS**
/s/_____
Jeffrey K. Bartels, Esq.
401 South Maryland Avnue
Wilmington, DE  19804
Kenneth W. Richmond, *pro hac*
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF LOUIS W. CHANCE JR.<br><br>            Plaintiff<br><br>        v.<br><br>FIRST CORRECTIONAL MEDICAL INC., DR. NIRANJANA SHAH, DR JOSE A. ARAMBURO, JR., COMMISSIONER STANLEY TAYLOR and JOYCE TALLEY<br><br>            Defendants | C.A No: 05-449-SLR |

**CERTIFICATE OF SERVICE**

    I certify that, on this date, one copy of the attached Stipulation to Withdraw Plaintiff's Motion to Enforce Settlement was electronically mailed to:

Marc Niedzielsky
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

Daniel L. McKenty,
Heckler & Farbizzio
800 Delaware Avenue
Suite 800
Wilmington, DE 19899

/s/_____

Jeffrey K. Bartels, Esq.
Kenneth W. Richmond, Esq. *pro hac*
401 South Maryland Ave.
September 4, 2007         Wilmington, DE. 19804